UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  22-cv-00926-GPG

**TIFFANY GRAYS,**

    Plaintiff**,**

v.

**RICO MUNN; ELIZABETH FRANCIS; MICHAEL W. SCHREINER;
CARI ROBERTS; ZACHERY SAMPLES; DAVID WALLER;
NICHOLAS KLOBERDANZ; GREGORY CAZZELL;
UNKNOWN APS SECURITY OFFICER; BRANDON EYRE;
UNKNOWN APO CO-CONSIPRATORS; and THE CITY OF AURORA**

    Defendants.

---

### ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court and I appear in this case as counsel for Defendants: Rico Munn, Elizabeth Francis, Michael W. Schreiner, Cari Roberts, Nicholas Kloberdanz, Gregory Cazzell, and Brandon Eyre in the above-captioned case.

Respectfully submitted this 19th day of May 2022.

                                          **CAPLAN AND EARNEST LLC**

                                          *s/ David M. Strachan*
                                          David M. Strachan
                                          Caroline G. Gecker
                                          3107 Iris Avenue, Suite 100
                                          Boulder, CO 80301

Phone: (303) 443-8010
dstrachan@celaw.com
cgecker@celaw.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that on May 19, 2022, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System and mailed and emailed to the following:

Tiffany Grays
P.O. Box 472322
Aurora CO 80047
legalgrays@gmail.com

*Pro Se Plaintiff*

                                                s/*Shellie Satterfield*
                                                Shellie Satterfield, Paralegal