Mileham          Confidential          June 18, 2021    Appendix 1

Tiffany Grays
PO Box 472322
Aurora, CO 80047-2322
Legalgrays@gmail.com

**SENT BY CERTIFIED MAIL**

**NOTIFICATION OF CLAIM PURSUANT TO § 24-10-109**
**CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO RULE 408**
**MARCH 18, 2021**

Julie Mileham, Manager, Risk Management
15701 E. 1st Avenue,
Suite 106
Aurora, CO 80011

Re: Adams-Arapahoe 28J School District & Aurora Police Department Denial of Citizen Ms. Tiffany T. Grays' Rights Due to Race, Color, Sex, and/or in Retaliation

Dear Ms. Mileham,

On February 16, 2021, at about 5:45pm, I arrived at 15771 E 1st Ave, Aurora, CO 80011 to address the school board as a member of the community. I, an African-American dark-skinned woman was:

- Denied equal enjoyment of benefits and services others enjoy upon Aurora Public Schools ("APS") public property;
- Denied the ability to or was discouraged from providing the speech I sought to provide to the APS School Board members upon said public APS property;
- Deprived of my Constitutional Rights under, at minimum, the First and Fourteenth Amendments of the U.S. Constitution, through conspiracies between responding APD Police Officers and APS Security Officers, as well as a separate conspiracy between Jeanette O'Dell, Rico Munn, Greg Cazzell, Brandon Eyre, Elizabeth Francis, and Michel Schreiner.

Said actions were performed due to my race, color, sex, and/or in retaliation for my active engagement in my Rights, my child's Rights, and to silence and/or muffle my speech. As such, The District, through its Superintendent Rico Munn, internal legal counsel Brandon Eyre, and external legal counsel Elizabeth Francis and Michael have defamed me and continue to deprive me of equal enjoyment without any explanation or justification. Due to said actions, we have suffered, *inter alia*, emotional distress, depression, PTSD, anxiety, and cardiac arrhythmias.

1 | Page

Mileham      Confidential      June 18, 2021

In addition to other relief, I seek the following damages:

**Total Damages: $25,000,000.00**

*[signature]*
Tiffany Grays

Notice of Claim 06.18.21

Brotzman                    *Confidential*                                    Appendix 1
                                                              June 18, 2021

Tiffany Grays
PO Box 472322
Aurora, CO 80047-2322
Legalgrays@gmail.com

**SENT BY CERTIFIED MAIL**

**NOTIFICATION OF CLAIM PURSUANT TO § 24-10-109**
**CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO RULE 408**
**MARCH 18, 2021**

Daniel L. Brotzman, City Attorney
15151 E. Alameda Parkway
Suite 5300
Aurora, CO 80012

Re: Adams-Arapahoe 28J School District & Aurora Police Department Denial of Citizen Ms. Tiffany T. Grays' Rights Due to Race, Color, Sex, and/or in Retaliation

Dear Ms. Mileham,

On February 16, 2021, at about 5:45pm, I arrived at 15771 E 1st Ave, Aurora, CO 80011 to address the school board as a member of the community. I, an African-American dark-skinned woman was:

- Denied equal enjoyment of benefits and services others enjoy upon Aurora Public Schools ("APS") public property;
- Denied the ability to or was discouraged from providing the speech I sought to provide to the APS School Board members upon said public APS property;
- Deprived of my Constitutional Rights under, at minimum, the First and Fourteenth Amendments of the U.S. Constitution, through conspiracies between responding APD Police Officers and APS Security Officers, as well as a separate conspiracy between Jeanette O'Dell, Rico Munn, Greg Cazzell, Brandon Eyre, Elizabeth Francis, and Michel Schreiner.

Said actions were performed due to my race, color, sex, and/or in retaliation for my active engagement in my Rights, my child's Rights, and to silence and/or muffle my speech. As such, The District, through its Superintendent Rico Munn, internal legal counsel Brandon Eyre, and external legal counsel Elizabeth Francis and Michael have defamed me and continue to deprive me of equal enjoyment without any explanation or justification. Due to said actions, we have suffered, *inter alia*, emotional distress, depression, PTSD, anxiety, and cardiac arrhythmias.

In addition to other relief, I seek the following damages:

1 | P a g e

Appendix 1

Brotzman        Confidential        June 18, 2021

**Total Damages: $250,000.00**

*[signature]*
Tiffany Grays

Notice of Claim 06.18.21



Appendix 1







7/8/2021                              USPS.com® - USPS Tracking® Results

Case 1:22-cv-00926-GPG   Document 21-3   Filed 09/11/22   USDC Colorado   Page 6 of 9

Appendix 1

# USPS Tracking®

FAQs >

**Track Another Package** +

**Tracking Number:** 70202450000058385720

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:37 am on June 22, 2021 in AURORA, CO 80011.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 22, 2021 at 11:37 am
AURORA, CO 80011

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70202450000058385720%2C%2C                1/2

6 of 9

Appendix 1

**FAQs**

Feedback

Appendix 1

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70202450000058385737

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:11 am on June 21, 2021 in AURORA, CO 80012.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 21, 2021 at 10:11 am
AURORA, CO 80012

Feedback

Get Updates ˅

Text & Email Updates                                                                                   ˅

Tracking History                                                                                       ˅

Product Information                                                                                    ˅

See Less ˄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback