# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA, STATE OF COLORADO, THE CITY OF AURORA BY AND ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # J 242854
CASE # 18-45649
CONNECTING CASE _____

VS    Arrest Number: _____

| DEFENDANT | Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| | GRAYS | TIFFANY | | 15651 E CASPIAN CIR #306 | | AURORA | CO | 80013 |

| Drivers Lic. # | PRESENTED YES ☐ NO ☐ | Date of Birth | State CO | CDL | Race B | Sex F | Height 5'10 | Weight 215 | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|

| Veh. Lic. & Type | State CO | Vehicle Make DODGE | Model DURANGO | Style SUV | Year 2008 | Color SIL | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY, AURORA, COLORADO 80012 ON __03/22/19__ AT __8:00__ AM / PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __15701 E 1st AVE #166__ IN THE CITY OF AURORA, STATE OF COLORADO WHICH OCCURRED ON __09__ __18__ __18__ AT THE APPROXIMATE TIME OF __10:00__ AM / PM

☐ DOMESTIC VIOLENCE    ☐ JUVENILE, ONE PARENT MUST APPEAR

☐ RELEASED ON SUMMONS
☐ IN CUSTODY

| ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218(b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | X | 94-71(4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71(6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71(7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71(8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | **HARASSMENT** | **94-42** |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42(1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42(3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42(4) | THREATS / OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42(5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42(7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | **POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE** | **94-313** |
| | 94-74(a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313(a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74(d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313(b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313(c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110(2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144(a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110(3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216(b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144(c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110(4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216(c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145(a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216(c)(2) | FURTHERING | 4004 |
| | 94-146(a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71(1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71(2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____
2. SEC. NO. _____ RELATING TO: _____

RIGHT INDEX FINGER

A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY:

AURORA POLICE OFFICER __Robert Schweiger__ ID NO. __0301773__ DATE __03/22/19__

**CITY ATTORNEY'S COPY**

APD 084 (Revised 03.26.2018)

Video/Photos Attached: N

**Person Flag:**
  **Domestic Violence:** N
    **At-Risk Elder:** N
    **At-Risk Adult:** N

## IBR OFFENSES:

**OFFENSE: TRESPASS PREMISE/STRUCTURE**

| Code | Ext | C/A | Used | Location type | Number entered | Entry method |
|------|-----|-----|------|---------------|----------------|--------------|
| 5707 | 0 | C | NOT APPLICABLE | OTHER/UNKNOWN | | |

  **Criminal activity:**
  **Weapon/Force type:**

## EVENT ROUTING:

## NARRATIVE TEXT ENTRIES:

**TEXT DOCUMENT:**
  **Text Type:** NARRATIVE/REMARKS
  **Author:** HANLEY, MICHELLE T.        **Related date:** 11-16-2018  **Time:**
  **Role**                                **Role #:**
  **Subject:**
  **TEXT:**

On 11/16/18 at 1735 hours, I was dispatched to 15701 E. 1st Ave #106 on the report of a trespass.

Upon arrival, I contacted Jeanette Odell who is the risk manager for Aurora Public schools. She advised that Tiffany Grays DOB 07/11/83 entered into the APS administrative building unlawfully.

Tiffany Grays was issued a trespass notice and a cease and desist order on 08/24/18 via email thru Aurora Public School attorney Michael W. Schreiner. On 08/31/18, Grays violated the conditions of the paperwork sent to her. See case #2018-34702 for details.

On 09/18/18 Odell stated that she received a telephone call from staff at the front desk of her office building. It shall be noted that the original date given to me was on 10/24/18 but, this was later clarified via a telephone call to Odell. Odell stated that staff advised her that Tiffany Grays was at the

building. Odell called Greg Cazell who is director of safety and security. Odell walked to the lobby and contacted Grays, she asked her "what are you doing here?" Grays explained that she came to see Odell because, she has another case to serve on her and she needs her to sign for it. Odell explained to Grays that she has a no trespassing order and therefore, she is not allowed to be on the property. She also stated that per the orders she is only to communicate with the attorney's office. She argued with Odell concerning her comments and advised that they were untruthful.

Cazell and Steve Slama, who is the campus safety supervisor, arrived to assist Odell. Cazell asked Grays to leave and she refused and said to call the cops. Cazell advised her that the cops had already been called and she needs to leave the premises. She again refused to leave and she was "ranting and carrying on with the same verbiage." During this conversation Grays saw a picture posted at the front desk of her. She asked Odell if she told people to post that, which she replied yes. She then stated that she would be back to serve me with suit 7,8, and 9. She claimed that this was proof of discrimination and defamation of character. At that point, she left the premises prior to police arrival. Odell never signed paperwork from Grays during this encounter.

Odell stated that this administrative building conducts safety training of employees. Training takes place in both cubicles near the front door and at a conference room within the building. At the time, of this incident an employee was at the front in a cubicle working on training.

I asked Odell how Grays entered into the locked building? She stated that another employee walked from across the street and Gray's followed her inside. This employee was identified as Deborah Nelson.

I asked Odell why this building is locked and she explained due to the items that are stored inside. Due to the nature of the items described to me it will not be revealed in this report for security purposes.

I spoke to Cazell who advised he received a telephone call from Odell. Odell stated that Tiffany Grays was at the front desk demanding to speak to her. Cazell was aware of the trespass and cease and desist order issued to Grays. Cazell stated that he left his office and went to the front lobby. Upon arrival, he recognized Grays from previous video that he has seen of her. Upon recognizing her, he identified himself and asked her to leave the property. Grays asked him why and he explained she knew of the cease and desist order and was instructed to only contact their legal counsel. Grays stated that she was unaware of such paperwork. She also mentioned something to him about the Secretary of State and she was following the law and they were not. Cazell continued to ask Grays to leave the building and follow the directions of the cease and desist order. Grays continued to argue stating that she needed to serve paperwork. This continued for approximately 5 more minutes where she was asked to leave yet she refused. Grays exited the building and Cazell and Slama followed her outside. Grays left the parking lot in a silver colored SUV while she continued to talk to Cazell.

Cazell checked with staff and due to the time frame no video exists of the incident. Cazell provided this officer copies of the trespass and cease and desist orders. Cazell also provided an email sent by Grays dated on 08/24/18 affirming that she received these documents. I later attached these documents to this report.

```
I then contacted Deborah Nelson via telephone since she had left the building.
Nelson stated that she is the free and reduced clerk for nutrition for APS
schools. She stated that she previously had received an email concerning Tiffany
Grays. The email advised staff that she is not allowed into the building. Nelson
left her building at 15700 E. 1st Ave which is across the street from 15701 E.
1st Ave. She walked up to the front door and had pushed the button to be allowed
access to the building. As she was standing at the door a light colored SUV
pulled up right in front of the door. A female exited the vehicle and stood
behind her to her right. Nelson recognized the female from the email that was
previously sent as Tiffany Gray. The door unlocked and Nelson made a motion with
her hand across her throat in a slicing motion to stop. Nelson was attempting to
get the people inside who have access to unlock the door to not open it. The
door unlocked and Nelson was not sure exactly how to handle the situation.
Nelson then walked in thru the door and Gray followed behind her. Once inside
the staff member at the front desk confronted Grays. Nelson then went into
another office and called security.

I then contacted Steve Slama concerning the incident. He advised that he was
dispatched to the lobby concerning a trespassed person, Tiffany Grays. He
advised that Cazell was already on scene when he arrived. He stated that Cazell
asked Grays to leave approximately 10 times. Gray refused Cazell's requests to
leave the property. Grays finally left the building and exited the parking lot
in a Silver Dodge Durango bearing Colorado license plate QIL292. After she left,
officers arrived on scene and were briefed about the incident.

I received written statements from Odell, Cazell and Slama and all were attached
to this report.

Per the request of Detective Sgt Gallozzi he asked that I complete this report
and apply for a warrant on Grays. I completed warrant paperwork for Grays under
summons #J242854.
```

## PERSON ENTITIES:

## IDENTIFIED PERSON: GRAYS, TIFFANY TANEESHA

**PERSON INFORMATION:**

**Role:** OFFEND/SUSP  **Role #:** 1
**Sex:** F
**Address:** (REFUSED) PO BOX 472322
**Apartment:**
**City:** AURORA  **State:** COLORADO
**Zip:** 80047-
**DOB:** ███  **Race:** BLACK/AFRICAN AMERICAN
**Home phone:** ███  **Cell phone:** ()
**Business phone:** ███  **Email:** I███@YAHOO.COM
**Driver's License:** ███ COLORADO - IDENTIFICATION
**SSN:** ███
**INS:**

On September 18, 2018 Ms. Grays showed up at the office of 15701 E. 1st Ave. to serve another suit on APS. When she arrived at the building there was another Deb, from Nutrition Services who was waiting at the front door to be buzzed in. Ms. Grays was in her silver Dodge Durango in the parking lot when she saw Deb waiting at the door. Ms. Grays got out of her car and stood behind Deb Nelson and when Deb got buzzed in, Ms. Grays grabbed the door and followed Deb into the building.

Once in the building, I was called and advised that she was here. I called Greg Cazzell, Security Director and advised her that Tiffany was here. He advised her was calling the cops and would be over in a minute.

When I came to the front desk I did not think Ms. Grays was actually inside the building. When I turned the corner to come to the front desk I saw Ms. Grays standing at the front desk. I said "Tiffany, what are you doing here?" She explained that she had come to see me because she has another case to serve on APS and that I have to sign for it. I explained to her that she knows she has a no trespassing order and she is not supposed to be her, that all communication was to be done through our outside counsel's office. She indicated that was not true and that she has every right to be here because she is a parent of an APS students and we cannot prevent from coming to our business.

She said I needed to sign the certificate of delivery. I told her I was not signing for anything and that she needed to leave. She told me I could call the cops and I advised her that the cops had been called. Ms. Grays was ranting that we have no right to trespass her from anywhere and that if we knew how to do our jobs, this would not have happened.

Greg Cazzell showed up with Officer Steve Slama. He asked Ms. Grays to leave and she said she was not going to leave and that we could call the cops. He advised her the cops had been called, but he would wanted her to leave the premises. She said that she was not going to and that our bosses were giving us bad direction. She kept ranting and carrying on with the same verbiage.

During the conversation with Greg, Tiffany saw the picture of her posted on our receptionist phone. She turned to me and asked if I told them to do that, and I said yes. She indicated that she would be back to serve me with suite 7, 8 and 9 because that was proof of discrimination and defamation of character. At that point, she turned around and left the premises.

Approximately 10-15 minutes later, APD showed up. They indicated that they got here as quickly as they could and that if she came back, to call again.

*Jeanette O'Dell*
Risk Manager

# Aurora Public Schools
Department Of Safety And Security

## Narrative Report

| | |
|---|---|
| Arrest ☐ | CASE # 18A-00473A |
| Crime ☒ | |
| Non-Criminal ☐ | Page 1 of 1 |

**OFFENSE(S):** TRESPASS Trespass

**DATE, TIME AND DAY OF OCCURENCE:** 09/18/18 10:10 Tuesday
**DATE AND TIME REPORTED:** 09/18/18 10:10
**LOCATION OF OCCURENCE:** 15701 E 1st Av
**BEAT:** 2

### NARRATIVE

On September 18th 2018, I was dispatched to Educational Services Center One 15701 East First Ave Suite 106 (Finance Department) Aurora, Colorado 80011 County of Arapahoe. Staff reported a trespassed person Tiffany Grays 7/11/83 was in the lobby of the finance department being disruptive. Aurora Police were also notified.
When I arrived, Director of Security Greg Cazzell was already there, along with Risk Manger Jeanette O'Dell.
Director Cazzell was asking Grays to depart the building, Grays refused stating she would wait for the Police to arrive. Director Cazzell explained that was trespassed and would have to depart the building. Grays stated she never received any notice of trespass.
Grays went on to say that she was there to give Ms. O'Dell a 7th notice.
Director Cazzell asked at least ten times for Ms. Grays to go outside and she could wait for the Aurora Police there. Grays refused stating that we were violating the law and what we were suppose to do by the Secretary of State. She also stated she had two children in APS.
Grays did leave and entered a Silver Dodge Durango Colorado QIL-292. Grays drove out of the complex onto First Ave. She then came back drove around the complex leaving shortly before Aurora Police arrived.
I met with Officer Bankert and Siewald. They explained that they would check our complex and surrounding area for Grays. They also stated that Grays had a warrant for trespass active in the system.
Grays was not located in the area.
I spoke with Ms. O'Dell and explained what had happened.
It was told to me that a nutrition services employee Deborah Nelson was entering the finance suite and Grays walked in behind her and that's how she entered the suite.
Additional patrols were made area the complex during the day.
Nothing further to report.

### ADMINISTRATION

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| S. Slama 72501 | 09/18/2018 17:02 | S. Slama 72501 | 09/19/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS: Closed |

CR-1 Slama/72501 Entered by: Steve Slama — Page 1 of 1 — APDC (Rev. 01/07/15) Print Date: 11/16/2018

On September 18, 2018, I was working in my capacity as the Director of Safety and Security for Aurora Public Schools (APS).  On this date at about 10:10 a.m., I was in my office when I received a phone call from Jeanette O'Dell, Risk Manager for Aurora Schools.  Jeanette told me that Tiffany Grays was at the front desk of Finance demanding to speak to her.  I was aware of an on-going dispute between Ms. Grays and APS and was also aware that on August 29, 2018, Ms. Grays had been served a Cease and Desist Order and No Trespass Directive, by the APS legal counsel, Caplan and Earnest LLC.  For this reason I left my office and went to Finance to contact Ms. Grays.

It took me about 90 seconds to walk from my office to the front counter of Finance.  Once there, I saw Ms. Grays at the counter speaking to one of the clerks.  I identified myself to Ms. Grays and asked that she leave the property.  Ms. Grays asked me why, and I explained that she knew there was a Cease and Desist Order in place and that she was instructed to only have contact with our Legal Counsel.

Ms. Grays told me she had not received anything from the District and she was there to serve papers to Ms. O'Dell.  Ms. Grays mentioned something about the Secretary of State and that she was following the law, and APS was not.

Although Ms. Grays was loud, she was not yelling or screaming.  I continued to ask her to leave the building and to follow the directions of the Cease and Desist Order.  Ms. Grays told me it was her legal right to be in the building and to serve Ms. O'Dell papers.  I explained to Ms. Grays that the Aurora Police Department had be notified and that she needed to leave the building.  This circular conversation last about five minutes.

Slowly Ms. Grays began to move away from the front counter and to exit of the building.  I followed behind Ms. Grays and ensured she left.

The conversation briefly continued outside before Ms. Grays entered into the driver side of a silver SUV.  Ms. Grays continued to talk to me with the window down, before she drove off and left APS property.

*(signature)*
Gregory Cazzell



**Aurora Public Schools**

Gregory Cazzell <grcazzell@aurorak12.org>

## Re: Tiffany Grays - Cease and Desist Follow-Up Letter
1 message

Carol Corbridge <ccorbridge@celaw.com>  Wed, Aug 29, 2018 at 3:06 PM
To: Brandon Eyre <bjeyre@aps.k12.co.us>, "grcazzell@aurorak12.org" <grcazzell@aurorak12.org>
Cc: "Elizabeth S. Francis" <efrancis@celaw.com>, "Michael W. Schreiner" <MSchreiner@celaw.com>, Kathi Donahue <kDonahue@celaw.com>, "mjcowan@aurorak12.org" <mjcowan@aurorak12.org>

Good afternoon all,

Attached for your records is a copy of the Cease and Desist Follow-Up letter just emailed to Ms. Grays.

If you have any questions, please contact our office.

Thank you,

Carol

**Carol Corbridge**

*Paralegal*

**Caplan & Earnest LLC**

1800 Broadway, Suite 200 | Boulder, CO 80302

P: 303-448-6733 | F: 303-440-3967

ccorbridge@celaw.com

celaw.com |



📎 2018.08.29 Cease and Desist Follow-up Letter.pdf
733K

https://mail.google.com/mail/u/0?ik=3a382d126b&view=pt&search=all&permthid=thread-f%3A1610168973199392409&simpl=msg-f%3A1610168973... 1/1

**From:** Legal Grays <legalgrays@gmail.com>
**Sent:** Friday, August 24, 2018 5:17 PM
**To:** Elizabeth S. Francis <efrancis@celaw.com>; Michael W. Schreiner <MSchreiner@celaw.com>
**Subject:** Re: Cease and Desist

Just left APS Security Headquarters, unarrested and untrespassed, after speaking with Ms. Torres, who was unable to verify the issuance of a trespass notice in APS system, as they are not issued via email. Your letter has now been deemed a threat only meant to harass me, inflict intentional emotional distress upon my children and myself, and defame my character. I will be sure to add this to Notice of Claim 5.

On Fri, Aug 24, 2018, 3:34 PM Legal Grays <legalgrays@gmail.com> wrote:
> I'm going to APS property today. Issue me that trespass. I am going to call the police myself.
>
> On Fri, Aug 24, 2018, 3:33 PM Legal Grays <legalgrays@gmail.com> wrote:
>> And now your firm will receive a defamation letter. You have been notified the statements of events that occurred on July 12, and statements from May, your clients have been confirmed liars, fraudulent liars, and now days later you, your legal selves repeat the statements and issue trespass?
>>
>> Another letter for APS and one for your firm.
>>
>> On Fri, Aug 24, 2018, 3:27 PM Legal Grays <legalgrays@gmail.com> wrote:
>>> Laughable
>>>
>>> ---------- Forwarded message ---------
>>> From: **Legal Grays** <legalgrays@gmail.com>
>>> Date: Fri, Aug 24, 2018, 3:26 PM
>>> Subject: Re: Cease and Desist
>>> To: Caryl Septon <csepton@celaw.com>
>>>
>>>
>>> Your letters are late and ridiculous. Per your letter, I will notify the Court that you have denied my ability to serve you, there for I do not have to. Furthermore, if APS wants to trespass me, I suggest they do it legally, this time. I have not engaged in any of the activity you suggest. Your staff is unprofessional and obviously incapable of performing their jobs, causing unnecessary conflict. It's also preculiar how I advise of your impending harassment letter, and now you send one....funny and late.
>>>
>>> Tell your client and your staff to operate correctly, then all problems will go away. If you

Attachment A

choose to operate in the same manner then you should expect the same results.

On Fri, Aug 24, 2018, 3:07 PM Caryl Septon <csepton@celaw.com> wrote:

Dear Ms. Grays:

On behalf of Michael W. Schreiner, attached please find a Cease and Desist letter along with an enclosure, a No Trespass Directive.

Sincerely,

**Caryl Septon**
*Legal Assistant*
**Caplan & Earnest LLC**
1800 Broadway, Suite 200 | Boulder, CO 80302
P: 303-443-8010 | F: 303-440-3967
csepton@celaw.com
celaw.com | LinkedIn | Twitter | Facebook

This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail (PostMaster@celaw.com).

Attachment A



**CAPLAN & EARNEST**
ATTORNEYS AT LAW

Michael W. Schreiner
mschreiner@celaw.com

August 24, 2018

Ms. Tiffany Grays
P.O. Box 472322
Aurora, CO  80047-2322

Re:   *Cease and Desist*

Dear Ms. Grays:

Our law firm represents Aurora Public Schools ("APS") in the various complaints and charges of discrimination filed by you against APS. This letter serves as notice to you to immediately cease and desist all harassing and abusive activities and communications towards APS.

Since May 2018, you have engaged in aggressive and threatening interactions with APS personnel, including but not limited to Cari Roberts, Kathleen Shiverdecker, and Damon Smith. During personal interactions with APS personnel, you have used profanity, made threats, yelled, and caused APS staff to question their safety. You have made repeated unreasonable demands that are noncompliant with APS policies and procedures and on July 12, 2018, you went to the APS HR Department and proceeded to make demands, yell and swear at staff for nearly an hour. Despite efforts to deescalate your behavior, APS was forced to call security to remove you from the building. As a result, you are no longer permitted on APS property and we have enclosed a no trespass directive.

You have also engaged in a harassing email campaign directed towards various District personnel, including Brandon Eyre and Cari Roberts. Due to the nature and contents of your emails, APS personnel will no longer be communicating with you directly. All correspondence, of any nature whatsoever, must be directed and addressed to myself or Elizabeth Francis at our law office. Any correspondence, whether via post or email, that is not directed to our law firm will not receive a response.

Your harassing, abusive conduct violates District policy, Colorado law, and has made APS personnel feel unsafe not only at APS but throughout the community. It will not be tolerated. Further, rude, hostile and abusive conduct towards me or my staff will not be tolerated. If you do not cease and desist the harassment and abusive conduct, we will be forced to take appropriate legal action against you and will seek all available damages and remedies.

1800 BROADWAY, SUITE 200  /  BOULDER, COLORADO  /  80302       303.443.8010       CELAW.COM

Ms. Tiffany Grays
August 24, 2018
Page | 2

Sincerely,

CAPLAN AND EARNEST LLC

Michael W. Schreiner

MWS/cls
Enclosure
cc:    Elizabeth Francis (via e-mail)(w/encl.)
        Brandon Eyre (via e-mail)(w/encl.)
        Greg Cazzell, Head of Security (via e-mail)(w/encl.)

4811-6111-6016, v. 1



**CAPLAN & EARNEST**
ATTORNEYS AT LAW

Michael W. Schreiner
mschreiner@celaw.com

August 29, 2018

Ms. Tiffany Grays
P.O. Box 472322
Aurora, CO 80047-2322
legalgrays@gmail.com

Dear Ms. Grays:

On August 24, 2018, you received a letter directing you to immediately cease and desist all harassing and abusive activities and communications towards APS. To that end, you were issued a No Trespass Directive and instructed to direct all correspondence to myself or Elizabeth Francis at our law office.

Since receiving the No Trespass Directive, you have indicated you have no intention of honoring the District's directive and we have been notified that on at least one occasion, you trespassed onto APS property and spoke with an APS security department staff member. *See* Attachment A. Please be on notice that the next time APS becomes aware that you have violated the No Trespass Directive, law enforcement will be called. We have enclosed as Attachment B another copy of the August 24, 2018, Directive.

Since receiving the cease and desist letter, you have also continued to email various District personnel, including Brandon Eyre and Greg Cazzell. As we previously informed you, all correspondence, of any nature whatsoever, must be directed and addressed to myself or Elizabeth Francis at our law office. Any correspondence, whether via post or email, from you that is not directed to our law firm will not receive a response.

The District reasserts its intention to take appropriate legal action against you if you continue in your harassing and abusive conduct and requests your cooperation moving forward.

Sincerely,

CAPLAN AND EARNEST LLC

Michael W. Schreiner

1800 BROADWAY, SUITE 200 / BOULDER, COLORADO / 80302      303.443.8010      CELAW.COM

Ms. Tiffany Grays
August 29, 2018
Page | 2

MWS/cjc

Enclosures:
Attachment A – August 24, 2018 emails
Attachment B – No Trespass Directive


cc:   Elizabeth Francis (via e-mail)(w/encl.)
      Brandon Eyre (via e-mail)(w/encl.)
      Greg Cazzell, Head of Security (via e-mail)(w/encl.)


4841-3634-9553, v. 1



**CAPLAN & EARNEST**
ATTORNEYS AT LAW

Michael W. Schreiner
mschreiner@celaw.com

August 24, 2018

Ms. Tiffany Grays
P.O. Box 472322
Aurora, CO 80047-2322

Re:  *No Trespass Directive*

Dear Ms. Grays:

Aurora Public Schools takes very seriously its obligations to maintain the security of school district property and to protect the safety and well-being of students and district personnel. You have behaved in a threatening and harassing manner to District staff and have engaged in repeated profane, inappropriate, and disruptive behavior, including the following:

- On July 12, 2018, you went to the District's HR Department and proceeded to make demands, yell, and swear at staff for nearly an hour. Despite efforts to deescalate your behavior, it was ultimately necessary to call security to remove you from the building; and

- Since May 2018, you have sent a series of harassing and threatening emails to district personnel that have made them feel unsafe on school property and at district-sponsored events and activities.

As a result of this behavior, the District is restricting your ability to enter onto district property and to attend district-sanctioned events or activities, regardless of their location.

**From and after the date of this letter, and until you receive further notice from me, you may not enter District property or attend any District-sanctioned events or activities unless you have received written permission to do so. You may only seek that permission by communicating with myself or Ms. Francis, who will provide a response within a reasonable time period.**

A failure to comply with this directive will amount to trespass pursuant to C.R.S. § 18-9-110 and may subject you to other criminal charges pursuant to C.R.S. § 18-9-109, for which the School District will contact local law enforcement.

1800 BROADWAY, SUITE 200 / BOULDER, COLORADO / 80Attachment B  303.443.8010   CELAW.COM

Tiffany Grays
August 24, 2018
Page | 2

    Please contact me if you have any questions.

                                                  Sincerely,

                                                  CAPLAN AND EARNEST LLC

                                                  Michael W. Schreiner

MWS/cls

cc:    Elizabeth Francis (via e-mail)
        Brandon Eyre (via e-mail)
        Greg Cazzell, Head of Security (via e-mail)

4827-6012-8880, v. 1

Attachment B

O'Dell                               Confidential                        September 17, 2018

Tiffany Grays
PO Box 472322
Aurora, CO 80047-2322
Legalgrays@gmail.com

**SENT BY PERSONAL SERVICE**

**NOTIFICATION OF CLAIM PURSUANT TO § 24-10-109**
**CONFIDENTIAL SETTLEMENT COMMUNICATION PURSUANT TO RULE 408**
**September 17, 2018**
**For Settlement Purposes Only**

Jeanette O'Dell, Manager, Risk Management
15701 E. 1st Avenue,
Suite 106
Aurora, CO 80011

Re: Adams-Arapahoe 28J School District: Multiple Employees Willfully Defaming Ms. Tiffany Grays.

Dear Ms. O'Dell,

      We are in receipt of multiple reports that were submitted regarding my conduct, actions and state of mind, during the events which occurred July 12, 2018 at Aurora Public Schools location ESC 4, 1085 Peoria St, Aurora, CO 80011. Multiple Aurora Public Schools (APS), Employees have submitted intently false statements regarding my conduct, actions and state of mind, which are easily disproved with evidence. Proof of the knowledge the statements are incorrect and only meant to do harm to the mother of innocent child, involved in this ridiculousness, negatively affecting all in the home. This is your notification that the following people have willfully provided false statements and evidence exists to prove their statements to the contrary of the truth, of reality. I want an official retraction sent to myself and the Superintendent, within seven days, or we will proceed with additional claims of defamation against each and every one of these meek excuses for individuals in positions of trust whom have clearly abused the trust bestowed, by the fictitious, elaborate attempts to cover their assets. These statements have harmed my children and myself by exaggerating this negative situation, causing further emotional distress and loss of uses, as indicated with the [sic] second trespass noticed issued based in part upon these statements. We seek the damages outlined herein. Your prompt attention and resolution to this matter is appreciated, or a prompt letter of denial is appreciated. Your failure to respond timely and appropriately will be treated as acknowledgment that the defaming statements regarding my behavior, state of mind, intent, and purpose are intentional and were provided knowingly. I am allowing you seven days from the date of this letter to

1 | P a g e

respond, in writing at the email address above, substantially, before we proceed accordingly. All involved now know these statements to be untrue and should not repeat them. Additional claims could be added later.

People, Page and Attachment Numbers

1) C. Moore ................................................. Case# 18A-00393 Narrative Report: ¶1, ¶2, ¶3;
2) Nicholas Kloberdanz ................................ Case# 18A-00393 Narrative Report: ¶1, ¶2, ¶3;
3) Taylor Thiesse ........................................ Case# 18A-00393 Person Profile: Page 2: MO Information: Hysterical, Irrational/Profane, Obscene, Threatening; Case# 18A-00393 Narrative Report: ¶1, ¶2, ¶3.

**Total Damages: $2,500,000**

*Tiffany Grays*
Tiffany Grays

cc:     Rico Munn (via email)
        Brandon Eyre (via email)
        C. Moore (personal service)
        Nicholas Kolberdanz (personal service)
        Taylor Thiesse (personal service)