Exhibit 4

```
*********************************
* City of Aurora Municipal Court *
*    Disposition Screen Report   *
*   As Of: 05/21/2019 16:08:21   *
*      Requested By User: jhunt  *
*********************************
```

================================================================================

Summons: J224105     Name: GRAYS, TIFFANY T        D.O.B.: ████

Type: G  PT:   TD:            TT:  : Div:   DV: N  Sch/F: $.00

---------------------------[ VIOLATION/OFFENSE ]---------------------------
                Off/Vio                              Disp    Disp
        Pts     Code    Description      Speed      Code     Date      Fine
        ---     ------  -----------      -----      ----    --------   ----
ORIG:           5713    TRESPASS-AFTER NOTI                  D/PT    04/17/2019
AMD:
        ---     ------  -----------      -----      ----    --------   ----

********************************************************************************

CC: $.00     Prob Fee: $.00    VWAF: $.00     Fine:              GDO/EPO:
SOE:              Att: MM  Jd: SD  Rp: JS  Div:
Jail:        Days Susp:         Days CTS:       OJW:        Appeal: N
Prob/T:      PBD:               PTD:            Rev/Sat:              Stat: C
DD: N Shop Sem: N  Wrkp: N  Comm Serv Hrs:           Essay: N   Apolg: N
Rest Amt: $.00       Victim:                                RDP:
Warr:   WD:                Bail: $500.00        Bond Type: P   Bond: $500.00

================================================================================
|                   General Comments For This Case                             |
================================================================================
 SUMMONS ENTERED INTO SYSTEM   by jarivera on 02/19/2019
 * PC WARRANT ENTERED 02/19/2019 by jarivera *
 03/02/19 WAR CANCD RECORDS/BOND/RTN 032219/2/27/19 DPD ARREST, 3/2/19
 3/22/19 BND RTN: NG/A, SET FOR J/T,  JURY FEES WAIVED, DEFT TOLD TO
 FILE JURY DEMAND, DISCOVERY 216 AND BRADY, MTN TO HAVE FREE DISCOVERY
 IS DENIED, DEFT REFUSED TO ANSWER JUDGES QUESTIONS REGUARDING
 LIVING SITUATION, ARGUELLO GIVEN, PRO SE BACK GIVEN, DEFT TOLD THAT
 MTN NEED TO BE IN WRITING PER COURT STANDING ORDER, BS/KST3
 03/22/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
 3/22/19 RECALL: DEFT DEMANDED TO SEE JUDGE, SET MTN HRG, COURT
 EXPLAINED WHAT FORM NEEDS TO BE FILLED OUT TO GET FREE DISCOVERY,
 BS/KST3
 03/22/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
 3/27/19 WIPM: DEF APPRS,BRINGS BACK AFFIDAVIT SHOWING FINANCIAL STATUS
 CT DEEMS DEF INDIGENT,WV JURY & DISCOVERY FEES,KEEP JT,BOND CONTS
 AK/BS/KTT3
 03/27/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
 3/29/19 WIAM: DEF APPRS, DISCOVERY TO BE LOOKED AT IN COURTROOM,DEF
 ALSO REQUEST BODY CAM VIDEO-CA DON'T HAVE YET,WHEN/IF THEY DO-WILL LET
 DEF KNOW AND SHARE. CA MADE RECORD OF INCIDENT THAT OCCURRED IN CA
 OFFICE.CT ORDERS DEF TO DISPLAY BETTER BEHAVIOR IN CT AND WITH ALL
 STAFF,DEF GOING TO MAKE APPT WITH CA OFFICE TO FINISH REVIEWING DISCO-
 VERY,KEEP JT AS SET   AK/BS/KTT3
```

```
03/29/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
4/12/19 WIPM:DEF APPRS,WANTED IT NOTED ON RECORD THAT SHE IS HAVING PR
OBLEMS GETTING DISCOVERY IN CA OFFICE-IS GOING UPSTAIRS TODAY TO THEIR
OFFICE TO REQUEST IT AGAIN  LV/BS/KTT3
04/12/19 ** BOND UPDATE NO ACTION THRU JUDICIAL by ktodd


                    **********************************
                    * City of Aurora Municipal Court *
                    *   Disposition Screen Report    *
                    *   As Of: 05/21/2019 16:08:21   *
                    *   Requested By User: jhunt     *
                    **********************************

==============================================================================



Summons: J224105     Name: GRAYS, TIFFANY T       D.O.B.:
   4-17-19 HRG: CA DISM/VACATE 5-2 JURY SETT'G/PR BND RELSD  MM/SD/JST6
   04/17/19 ** BOND RELEASED THRU JUDICIAL by jsertich
   04/18/19 REMOVED CAD DATE-05/02/19 BY dsutton


Report Complete...
```