```
        **********************************
        *   City of Aurora Municipal Court  *
        *     Disposition Screen Report     *
        *     As Of: 05/24/2019 15:34:12    *
        *     Requested By User: nyoshimu   *
        **********************************
```

================================================================================

Summons: J242854      Name: GRAYS, TIFFANY        D.O.B.: ███████

Type: G  PT: J  TD: 06/13/2019  TT: 08:00  Div: 06  DV: N  Sch/F: $.00

---------------------------[ VIOLATION/OFFENSE ]---------------------------
              Off/Vio                              Disp    Disp
       Pts    Code    Description        Speed     Code    Date        Fine
       ---    ------  -----------------  --------  ------  ----------  --------
ORIG:         5709    SCHOOL PROPERTY-FAI                  DISM   05/20/2019
AMD:
       ---    ------  -----------------  --------  ------  ----------  --------
ORIG:         5710    TRESPASS-UNPRIV ENT
AMD:
       ---    ------  -----------------  --------  ------  ----------  --------

********************************************************************************

CC: $.00      Prob Fee: $.00    VWAF: $.00       Fine:              GDO/EPO:
SOE:          Att:       Jd:        Rp:      Div: 06
Jail:         Days Susp:     Days CTS:       OJW:         Appeal: N
Prob/T:       PBD:           PTD:            Rev/Sat:                Stat: O
DD: N  Shop Sem: N  Wrkp: N  Comm Serv Hrs:       Essay: N    Apolg: N
Rest Amt: $.00       Victim:                                  RDP:
Warr:   WD:                Bail: $750.00       Bond Type: P  Bond: $750.00

================================================================================
|                      General Comments For This Case                          |
================================================================================
SUMMONS ENTERED INTO SYSTEM   by mkgray on 11/20/2018
* PC WARRANT ENTERED 11/20/2018 by mkgray *
03/02/19 WAR CANCD RECORDS/BOND/RTN 032219/2/27/19 DPD ARREST, 3/2/19
3/22/19 BND RTN: NG/A, SET PTC, SPDY WVD, JURY FEES WAIVED, DEFT
MTN FOR FREE DISCOVERY-DENIED, DEFT REFUSED TO ANSWER QUESTIONS
ABOUT LIVING SITUATION, DISCOVERY 216 AND BRADY IS GRANTED, WRIT
JURY DEMAND IS DUE BY APRIL 12TH, BS/KST3
03/22/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
3/22/19 RECALL: DEFT DEMANDED TO SEE JUDGE, SET MTN HRG, COURT
EXPLAINED WHAT FORM TO FILL OUT TO GET FREE DISCOVERY, BS/KST3
03/22/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
3/27/19 WIPM: DEF APPRS,BRINGS BACK AFFIDAVIT FOR WAIVER OF JURY &
DISCOVERY FEES,FOUND INDIGENT,KEEP PTC,SDT'S SIGNED, AK/BS/KTT3
03/27/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
3/29/19 WIAM: DEF APPRS,DISCOVERY TO BE LOOK AT IN COURTROOM,RE-CALL-
CA MADE RECORD OF INCIDENT THAT HAPPENED IN CA OFFICE,CT ORDERS DEF TO
DISPLAY BETTER BEHAVIOR IN CT & W-ALL STAFF,DEF TO MAKE APPT W-CA
OFFICE TO FINISH REVIEWING DISCOVERY,KEEP PTC AS SET,BOND CONTS   AK/BS
KTT3
03/29/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
```

```
4/12/19 WIPM: DEF APPRS,HAVING PROBLEMS GETTING DISCOVERY IN CA OFFICE
JUST WANTED IT NOTED ON RECORD,SHE IS GOING UPSTAIRS TODAY TO CA
OFFICE   LV/BS/KTT3
04/12/19 ** BOND UPDATE NO ACTION THRU JUDICIAL by ktodd
4-17-19 HRG: MTNS HRG HELD-DEF'S MTN TO DSMS DENIED/KEEP 5-3 PT AS SET


                    ***********************************
                    * City of Aurora Municipal Court  *
                    *   Disposition Screen Report     *
                    *   As Of: 05/24/2019 15:34:12    *
                    *   Requested By User: nyoshimu   *
                    ***********************************

========================================================================


Summons: J242854      Name: GRAYS, TIFFANY          D.O.B.: [REDACTED]
  /CONT BOND   MM/SD/JST6
04/17/19 ** BOND CONTINUED THRU JUDICIAL by jsertich
4/26/19 WALKIN PM:DFT NOT PRESENT,CA MTN TO W/DRAW THE MTC& KEEP PTC
AS SET,GRANTED.  KM/DS/TMT3
04/26/19 ** BOND CONTINUED THRU JUDICIAL by tmays
5-3-19 PT: APPRS PRO SE; DEFT MTN TO RECUSE JUDGE ARGUELLES GRANTED;
ANGELA GARCIA APPRS FROM APD; ELIZABETH FRANCIS APPRS FROM AURORA PUB.
SCHOOLS; APS SDT SATISFIED; DEFT REQ REDACTION LOG-ADVSD SHE CAN REQST
HRG; APD SDT SATISIFIED; DEFT REQST CHANGE OF VENUE-CA OBJTS-DENIED;
SFJT 6-13-19 8AM D6; PRO SE PKT, ARGUELLO, CA WVS JAIL, PR BOND CONTS.
MM/DA/JWT2
05/03/19 ** BOND CONTINUED THRU JUDICIAL by jwagner
5/3/19 WIAM: DEF APPRS OUT OF DIV 2,UPSET THAT MARSHALS ARE FOLLOWING
HER,ALSO WANTED TO FOLLOW UP WITH WHAT WAS SAID IN DIV 2-MM/AJ/KTT3
05/03/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
5/3/19 WIPM: DEF APPRS AND COURT DENIES MOTION FOR RECONSIDERATION,
 SF-MOTIONS HRG: 5/13/19 D4 8AM, DEF TO RESPOND W/SPECIFICITY AS TO
 APS DEFICIENCY BY: 5/8/19, BOND CONT   MM/RF/WET4
05/03/19 ** BOND CONTINUED THRU JUDICIAL by wevangel
5/8/19 WIPM: DEF APPRS,CA M.MOSES,FILED A MTN TO COMPEL & SHOWCAUSE,
WILL GIVE TO JUDGE FITZGERALD TO REVU,KEEP HRG AS SET,HAS ANOTHER SDT
TO BE SIGNED-RETURN DATE 5-22-19,KEEP 5-13-19 & 6-13-19 DATES AS WELL
MM/BS/KTT3
05/08/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
5/8/19 RECALL: SET NEW HRG FOR SDT AFTER 5-13-19 HRG DATE  MM/BS/KTT3
05/08/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
5-13-19 MTN HRG:  APPRS, MTN FOR CHANGE OF VENUE-DENIED, REQ FOR
$25,000 DENIED, QUASH SDT, KEEP 5/22/19 SETTING, DENIED MTN TO SHOW
CAUSE & COMPEL, DEF HELD IN CONTEMPT OF COURT FOR 7 DAYS, BND CONTS.
MM/RF/JN04
05/13/19 ** BOND CONTINUED THRU JUDICIAL by jnavejar
5-15-19:  DEF DOES NOT APPR, VACATE 5/22 HRG SINCE SDT WAS QUASHED ON
MONDAY 5-13-19 HRG, KEEP JT AS SET.  JB/RF/JNT4
05/15/19 ** BOND UPDATE NO ACTION THRU JUDICIAL by jnavejar
5/15/19 CA MOSES REQUEST WRIT DEFT IN FOR 5/17 FOR CA TO AMEND CHARGES
AFTER TALKING TO MARSHAL NO ARAP PICKUPS SET UP FOR FRIDAY AND DEFT
INJ MARSHAL ON LAST VISIT-DENIED, SET HRG 5/31/19 IN D4 TELETYPE ARAP
CO, MAIL NOTICE TO DFT, MM/BS/KST3
05/15/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
05/15/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
5/17/19 OFF RECORD: DEFT MOM BROUGHT IN LETTER, MTN TO RECONSIDER
```

```
CONTEMPT DENIED, MTN TO RECUSE JUDGE FITZGERALD-GRANTED, KEEP ALL
SETTINGS, BF/KS03/BM04
05/17/19 ** BOND CONTINUED THRU JUDICIAL by kschuman
5/20/19 WIPM: DEF APPRS,DEF MTN TO APPOINT COUNSEL,STATES SHE HAS PTSD
FIBROMYALGA,CAUCASIANS BRING ON STRESS,CA STILL WV'S JAIL,DF STATES
SHE CAN'T CONTROL HERSELF & THAT SHE IS INCOMP AND TEMPORARILY INSANE
WHEN PTSD IS TRIGGERED,SHE ALSO STATES THAT NOW SHE HAS PUT CT ON
NOTICE OF THIS. CT TOLD DEF SHE CAN REFILE MTNS,CA MTN TO AMEND FROM
94-71 (4) TO (6)-GRANTED,DEF ENTERS NG PLEA ON THIS,CA MTC,THEN CA MTN
TO W/D MTC,KEEP 5-31-19 DATE,KEEP JT 6-13-19-NEEDS TO BE PUT INSYSTEM
MM/BS/KTT3


          **********************************
          *   City of Aurora Municipal Court *
          *     Disposition Screen Report   *
          *     As Of: 05/24/2019 15:34:12  *
          *     Requested By User: nyoshimu *
          **********************************

================================================================================


Summons: J242854      Name: GRAYS, TIFFANY        D.O.B.:
  05/20/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
  05/20/19 ** Offense ORIGINAL CHARGE(S) DISPO BYPASSED by ktodd
  5-22-19 WRN MTN: MOTIONS REC'D; KEEP AS SET.   CH/DA/JWT2
  05/22/19 ** BOND UPDATE NO ACTION THRU JUDICIAL by jwagner
  5/23/19 WIPM: DEF APPRS,HAS SDT,NEEDS NEW SUPPOENAS,DEF STATES SHE
  WILL BE BACK TOMORROW     IB/BS/KTT3
  05/23/19 ** BOND CONTINUED THRU JUDICIAL by ktodd
  5/24/19 WIPM: DEF APPRS,FILED OBJCT & CORRECTON MTNS-HANDLE THESE ON
  MTN DATE 5-31-19,SDT-S TO APS,#1 & #3 DENIED-REDACTED,#2-GRANTED,KEEP
  DATES,BOND CONTS   EG/BS/KTT3
  05/24/19 ** BOND CONTINUED THRU JUDICIAL by ktodd


Report Complete...
```