Aurora Municipal Court
Case Management
14999 E. Alameda Parkway
Aurora, Colorado 80012
Phone: 303-739-6434

TO: Whom It May Concern
FROM: Aurora Municipal Court

DEFENDANT NAME: TIFFANY T GRAYS
DATE OF BIRTH: █████████

On this date, a record search was conducted on the above party. The following information was found:

**\*\* ON CASE NUMBER J269543 WE SHOW THE FOLLOWING DISPOSITION:**
(See attached copy of computer print out of case)

Aurora Municipal Court handles only misdemeanor cases.
Any cases over seven years old have been destroyed and we will have NO physical case file.

Date: 05/26/2021

By: T. Rose
   Court Clerk



I hereby certify that the foregoing document is a true and correct copy of the original on file and of record in the office of the Aurora Municipal Court on this 26 day of May 2021.

T. Rose
Deputy Clerk

```
                    DISPOSITION CODES

    D/A          DISMISSED AT ARRAIGNMENT
    D/CT         DISMISSED/COURT
    D/DJ         DISMISSED/DEFERRED JUDGEMENT
    D/EPO        DISMISSED/EARLY PAYMENT OPTION
    D/GDO        DISMISSED/GOOD DRIVER OPTION
    D/IPT        DISMISSED AT INSTANT PRE-TRIAL
    D/J          DISMISSED/JURY
    D/J/C        DISMISSED AT JURY - BAD CHARGE OR FOR CAUSE
    D/J/W        DISMISSED AT JURY - NO WITNESS
    D/PBM        DISMISSED/PLEA BY MAIL
    D/PT         DISMISSED/PRE-TRIAL
    D/RDC        DISMISSED/RE-FILE DISTRICT COURT
    D/T          DISMISSED/TRIAL
    D/T/C        DISMISSED AT TRIAL - BAD CHARGE OR FOR CAUSE
    D/T/O        DISMISSED AT TRIAL - NO OFFICER PRESENT
    D/T/W        DISMISSED AT TRIAL - NO WITNESS
    D/TN         DISMISSED - TEEN COURT
    DISM         DISMISSED
    EWAR         EXPIRED WARRANT
    G/A          GUILTY AT ARRAIGNMENT
    G/AMN        AMENDED AT INSTANT PRE-TRIAL
    G/COL        GUILTY COLLECTIONS
    G/COP        DEFENDANT CHANGED PLEA TO GUILTY AT PRE-TRIAL
    G/CT         GUILTY/COURT
    G/DEF        GUILTY/DEFAULT
    G/EPO        GUILTY/EARLY PAYMENT OPTION
    G/FTA        GUILTY/FAILURE TO APPEAR/TRAFFIC
    G/GDO        GUILTY/GOOD DRIVER OPTION
    G/IPT        DEFENDANT PLEAD GUILTY AT INSTANT PRE-TRIAL
    G/IVR        GUILTY IVR PAYMENT
    G/J          GUILTY/JURY
    G/PBM        GUILTY/PLEA BY MAIL
    G/PT         GUILTY/PRE-TRIAL
    G/T          GUILTY/TRIAL
    G/TN         GUILTY/TEEN COURT
    G/TVB        GUILTY/PAID BY MAIL
    G/WEB        GUILTY WEB PAYMENT
    H/J          HUNG JURY
    MIS/J        MISTRIAL - DECLARED AT JURY TRIAL
    MIS/T        MISTRIAL - DECLARED AT TRIAL
    NG/J         NOT GUILTY/JURY
    NG/T         NOT GUILTY/TRIAL
    NOLO         GUILTY/NOLO CONTENDERE
    PB/J         PLEA BARGAINED AT JURY
    PG/J         PLEAD GUILTY/JURY
    PG/T         PLEAD GUILTY/TRIAL
    PT/AM        CHARGE AMENDED AT PRE-TRIAL
```

```
*********************************
* City of Aurora Municipal Court *
*    Disposition Screen Report   *
*    As Of: 05/26/2021 11:45:48  *
*    Requested By User: trose    *
*********************************
```

============================================================================

Summons: J269543      Name: GRAYS, TIFFANY T           D.O.B.: ▮▮▮▮▮▮

Type: G   PT:   TD:            TT:   :  Div:   DV: N  Sch/F: $.00

---------------------------[ VIOLATION/OFFENSE ]----------------------------
                                                   Disp     Disp
         Off/Vio                                   Code     Date
     Pts Code    Description           Speed                              Fine
     --- ------  ------------------    -------    -------  ----------   --------
ORIG:    5709    SCHOOL PROPERTY-FAI              D/PT     05/12/2021
AMD:
     --- ------  ------------------    -------    -------  ----------   --------

***************************************************************************

CC: $.00      Prob Fee: $.00     VWAF: $.00      Fine:              GDO/EPO:
SOE:                    Att: JS  Jd: SD  Rp: JS  Div:
Jail:       Days Susp:           Days CTS:       OJW:      Appeal: N
Prob/T:     PBD:                 PTD:            Rev/Sat:                Stat: C
DD: N Shop Sem: N  Wrkp: N   Comm Serv Hrs:      Essay: N    Apolg: N
Rest Amt: $.00         Victim:                              RDP:
Warr:      WD:             Bail:             Bond Type:    Bond:

============================================================================
|                   General Comments For This Case                         |
============================================================================
 SUMMONS ENTERED INTO SYSTEM   by landrade on 02/18/2021
 3-18-21 ARR: APPRS WEBEX, NG, SFJT 5-18-21/JS 5-12-21, JRY ADV 4-8-21.
 SF MTN HRG 4-12-21 8AM D2. DFT WILL PERF JRY EOB TOMORROW. JAIL WVD.
 DS/JWV2
 3-19-21 WRN MTN: DEF MTN TO DISM-KEEP ALL DATES AS SET. MD/DS/JWV2
 4-12-21 MOTION: APPRS WBX, MTN TO DISM DENIED, SDT RETURN DATE 4-30-21
 2PM D2 IN PERSON APPRS. KEEP JS+JT AS SET.  DB/DS/JW2
 4/15/21 MOT: DEF MOT SDT-APS EMAILS & VIDEO,DENIED, KEEP AS SET
 DA/PF/KTT6
 5-12-21 WEB STAT: CA DISM-LOE/REFUND JRY FEE TO DEF/DEF MTN TO HAVE
 CRT ORDR CITY NOT TO CHARGE HER AGAIN UNDER THIS TYPE OF CHARGE DENIED
 JS/SD/JST6
 05/13/21 REMOVED CAD DATE-05/18/21 BY dsutton


Report Complete...

# ADDENDUM TO SUMMONS

## Number J269543

**Name of Defendant** TIFFANY Grays

| Date | Disposition | Judge |
|---|---|---|
| 4.15.2021 | SDT Filed w/ ct, no basis provided for request. ~~Requests for Starbucks and/or Nixon~~ SDT denied. Δ Fails to est relevancy of emails or video or that request isn't a fishing expedition. — SDT Denied — Jury Status & Jury trial remains as set. APR 15 2021 EMAILED | PWF 6 |
| 5/12/21 | CA MTN TO D/M — GRANTED. Jury Fee Refund VACATE 5/18 JURY MAY 12 2021 | 506 |
| 05/14/21 | CM Req T Grays $25 Jury fee Refund ck | |

I hereby certify that the foregoing document is a true and correct copy of the original on file and of record in the office of the Aurora Municipal Court on this 26 day of May 2021.

T. Rose
Deputy Clerk

JUD 008

____ PROBABLE CAUSE <u>FOUND</u> FOR ARREST
____ PROBABLE CAUSE <u>NOT FOUND</u> FOR ARREST

COMMENTS: _____
_____

_____  _____
MUNICIPAL JUDGE           DATE & TIME OF DETERMINATION

ATTORNEY FOR DEFENDANT _____

ADDRESS _____ PHONE _____

| DATE | PROCEEDINGS | JUDGE | DIVISION |
|---|---|---|---|
| 3/18/21 | Δ via W/E. Jail waived by CA. NG plea. Δ says she'll procure Jt by 3/19/21 jury right: 4/8/21 disc. expl., Atty rights. JT: 5/18/21 8am D6 JS: 5/12/21 8:30am D6 via W/E mo. hrg: 4/12/21 8am D2 | DRS | 2 |
| MAR 18 2021 | | | |
| 3/19/21 | Ct receives Δ's mo. to dism. Keep as set: mo. hrg. 4/12/21 8am D2 | DRS | 2 |
| MAR 19 2021 | | | |
| 3.19.21 | JT 5.18.21 8am D6 JS 5.12.21 8:30 am D6 motion hrg 4.12.21 8am D2 | | DS |
| 4/12/21 | Δ via W/E. Δ tenders mo. to dism. Void for vagueness: denied. subp. dlt & return 4/30/21 2pm D2 - in person Δ to email or fax subp for ct to sign. Keep as set: JS 5/12/21 8:30 D6 JT 5/18/21 8 D6 | DRS | 2 |
| APR 12 2021 | | | |