Case 1:22-cv-00920-CPC Document 26-1 Filed 09/11/22 USDC Colorado Page 1 of 3

Exhibit 7

 **Gmail**

**Tiffany Grays <tgrays2001@gmail.com>**

## 5/18 School Board Public Comment Request
6 messages

---

**Tiffany Grays** <tgrays2001@gmail.com>                                    Mon, May 17, 2021 at 1:56 PM
To: Claudia Paz-blossick <cpaz@aurorak12.org>
Bcc: Tiffany Grays <tgrays2001@gmail.com>

Hello Ms. Paz-Blossick,

My name is Tiffany Grays.  I would like to address the School Board during public comment.  I will be addressing the Board in-person. My topic will be the abuse of authority in APS.  Thank you for your assistance.

Respectfully,

Tiffany Grays

---

**Claudia Paz-blossick** <cpaz@aurorak12.org>                              Mon, May 17, 2021 at 2:26 PM
To: Tiffany Grays <tgrays2001@gmail.com>
Cc: Claudia Paz-blossick <cpaz@aurorak12.org>

Thank you Tiffany Grays,
I have received your request to speak in-person in front of the Board of Education at the May 18 Board meeting, however, I understand the no trespassing order continues to be in effect.
I have added you to participate online for the opportunity for audience portion of our meeting May 18, 2021.

Technology support staff will email and provide you with a Zoom link to join the meeting. You will only be given audio and video access when your name is called and it's your turn to speak. When your name is called, please unmute and turn on your video to present your topic to the Board of Education which will be streaming live. Please be reminded, the "opportunity for audience" is not a two-way conversation with the Board. We look forward to seeing you at the next meeting.

Please join the meeting before 5:45 to test audio and video prior to the meeting. Testing will be unavailable after 5:50

Regards,
**Claudia Paz-Blossick**
Aurora Public Schools
Assistant to the Board of Education
15701 E First Ave. Suite 206 Aurora CO, 80011
http://boe.aurorak12.org/
Live Board meeting information https://boe.aurorak12.org/live

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                                    Mon, May 17, 2021 at 2:40 PM
To: Claudia Paz-blossick <cpaz@aurorak12.org>

 I am requesting to present in person like all other members of the public. The city dismissed the case, which invalidates any tresspass directive you are referencing. If you believe the dismissal does not invalidate the trespass directive you are referencing, please thoroughly explain your position.

Thank you,

Tiffany Grays
[Quoted text hidden]

---

**Elizabeth S. Francis** <efrancis@celaw.com>                               Mon, May 17, 2021 at 3:04 PM

1 of 3

To: "tgrays2001@gmail.com" <tgrays2001@gmail.com>

Ms. Grays,

The City's dismissal of charges filed against you does not impact the effectiveness of the No Trespass Directive. The No Trespass Directive remains in effect. You do not have permission to attend the meeting in-person but are being provided access to participate remotely via Zoom, as articulated by Ms. Paz-Blossick in her email below.

Thank you,

*Elizabeth Francis*

**Attorney**

Pronouns: she, her, hers

**Caplan & Earnest LLC**

3107 Iris Ave., Suite 100 | Boulder, CO  80301

P: 303-443-8010 | D: 303-448-6757

efrancis@celaw.com

celaw.com | LinkedIn | Twitter |Facebook



This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail (PostMaster@celaw.com).

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                                      Mon, May 17, 2021 at 3:16 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>

Case 1:22-cv-00926-CPG Document 26-1 Filed 09/11/22 USDC Colorado Page 3 of 3

Exhibit 7

Why would the city dismiss the charge if the directive is valid? According to the directive, you can give permission, what is your justification for you denying me permission?

[Quoted text hidden]

**2 attachments**

 **image001.jpg**
9K

 **image001.jpg**
9K

---

**Tiffany Grays** <tgrays2001@gmail.com>                    Mon, May 17, 2021 at 4:00 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>, MSchreiner@celaw.com

Mr. Schreiner,

Can you address the following:

Why would the city dismiss the charge if the directive is valid? According to the directive, you can give permission, what is your justification for you denying me permission?

[Quoted text hidden]

3 of 3