



Board of Education

Home   Members   Meetings   Agendas & Minutes   News   Newsletter   Policies   Policy Governance   Election

Division of the Superinte

# APS Board of Education



APS Board of Education Board members clockwise from top left: Board Director Vicki Reinhard, Board Director Stephanie Mason, Board Director Nichelle Ortiz, Board Treasurer Marques Ivey, J.D., Board President Kyla Armstrong-Romero, Ph.D., Board Secretary Debra E. Gerkin, APS Superintendent Rico Munn, and Board Vice President Kevin Cox

## Our Unified Job Description

"The job of the APS Board of Education is to accelerate learning for every APS student, every day. We do our job by advocating for the success of all students through effective governance, serving as good stewards of taxpayer dollars and being responsive to our stakeholders. Our community needs us to do our job."

View Agendas & Minutes in BoardDocs Pro

View Board Meetings Live Online

## Board Meetings Take Place In Person and Streaming Online

APS Board of Education meetings are currently held in person with limited seating for the public in order to meet social distancing and other public health guidelines. Live streaming of all Board meetings will also continue and are available at boe.aurorak12.org/live. Public comment to the Board of Education will continue to be taken by email to Claudia Paz-Blossick at cpaz@aurorak12.org. Individuals wishing to address the Board of Education for public comment, are asked to sign up by emailing Claudia Paz-Blossick cpaz@aurorak12.org by 4:30 Monday prior to the meeting. All public comments are limited to 3 minutes. Recorded broadcasts can be accessed on the BOE Meetings page.

- View the APS Board of Education Live Page.

The Aurora Public Schools Board of Education meetings are generally held on the third Tuesday of each month at 6 p.m. The meetings are open to the public. The meetings will typically be held at the APS Professional Learning and Conference Center, 15771 E. 1st Ave.

## Latest Board News

- *APS Connect* for January 13, 2021: APS Makes History with Class of 2020 Graduation Rate
  - Read the newsletter.
- December 2020 Edition of BOE Newsletter Now Available!
  - Read the newsletter.

## Upcoming Meetings & Events

- **February 23, 2021**
  BOE Special Meeting
  4:30 pm
  More...
- **March 13, 2021**
  BOE Retreat
  9:00 am
  More...
- **March 23, 2021**
  Board Meeting
  6:00 pm
  More...

View the monthly calendar

### What is the APS Board of Education?

The APS Board of Education is a group of citizens elected by voters to provide leadership and establish policies for the school district.

The seven-member board is elected at-large. Members serve four-year terms and receive no monetary compensation.

The board follows a policy governance model.

Exhibit A

What is Policy Governance?

What is the format of meetings?

How do agendas and minutes work?

## APS Interactive Map

Explore our schools now! / ¡Aprenda más sobre nuestras escuelas!

## APS Budget Tool

Learn about the APS Budget with an Innovative Tool! Explore now!

## Contact Us

**APS Board of Education**
c/o Claudia Paz-Blossick
Assistant to the
Board of Education
cpaz@aurorak12.org
Educational Services
Center - 1
15701 E. First Ave.
Suite 206
Aurora, CO 80011

**APS Boardroom**
APS Professional Learning &
Conference Center
15771 E. 1st Ave.
Aurora, CO 80011

## Admin

- Log in
- Entries feed
- Comments feed
- WordPress.org



### STUDENT DATA PRIVACY AND SECURITY ACT

The Aurora Public School District holds data privacy and security in high regard and takes action to ensure that our students' data is handled securely in compliance with the Colorado Student Data Transparency and Security Act (HB 16-1423) and the Family Educational Rights and Privacy Act (FERPA).

Read the full notice.

### NOTICE OF NONDISCRIMINATION

The Aurora Public Schools is committed to the policy that all persons shall have equal access to its programs, facilities, and employment and does not discriminate on the basis of race, age, color, creed, national origin, sexual orientation, disability, religion, ancestry, sex or need for special education services, and provides equal access to the Boy Scouts and other designated youth groups.

Read the full Notice of Nondiscrimination.

Most documents on this site are saved in Adobe Acrobat format (PDF) or in **Google Docs**. **Download** the latest free version of Adobe Acrobat Reader to view PDF files.

RSS feeds courtesy of **Feedwind** and **Feedburner**.

### NOTICE OF WEB ACCESSIBILITY

It is the goal of Aurora Public Schools that the information on this website be accessible to individuals with visual, hearing or cognitive disabilities.

If you are unable to access any page(s) in our site, please email the Aurora Public Schools Information Technology Service Desk. Please include the location of the webpage/document and your name, email address and telephone number so that we may contact you to provide the information in another format.

Please note that some pages on the Aurora Public Schools website contain links to third-party sites. APS is not responsible for the content, facts, opinions or accessibility of third-party sites.

Formal grievances regarding Section 504 of the Rehabilitation Act and/or Title II of the Americans with Disabilities Act maybe filed pursuant to Policy AC and Regulation AC-R found here.

Read the full Notice of Web Accessibility.

3 of 4

Select Language ▼

APS Home   About APS   Schools   Students   Parents   Community   Staff   Divisions   Work for APS   Contact Us   Sitemap

© 2021 APS Board of Education and Aurora Public Schools - All rights *reserved*.