

Tiffany Grays <tgrays2001@gmail.com>

## 2/16 School Board Public Comment Request

**Tiffany Grays** <tgrays2001@gmail.com>                                                        Sat, Feb 6, 2021 at 6:01 PM
To: Claudia Paz-blossick <cpaz@aurorak12.org>

Hello Ms. Paz-Blossick,

My name is Tiffany Grays and I am a RISE Family Leader and member of the Black Alliance for Educational Equity. I would like to address the School Board during public comment as the third member of our coalition to speak. I will be addressing the Board in-person. My topic will be the disproportionate discipline of Black students in APS. Thank you for your assistance.

Respectfully,

Tiffany Grays



Tiffany Grays <tgrays2001@gmail.com>

## 2/16 School Board Public Comment Request

**Claudia Paz-blossick** <cpaz@aurorak12.org>  Mon, Feb 8, 2021 at 8:41 AM
To: Tiffany Grays <tgrays2001@gmail.com>

Thank you Tiffany Grays,

I have added you to participate in the in-person opportunity for audience for the February 16, 2021 Board meeting.

APS Board of Education meetings will be held remotely and in-person with limited seating for the public in order to meet social distancing and other public health guidelines due to COVID-19. You must wear a mask at all times while in the building and you will be required to stand in line at the front door to sign in before entering the building. Once seated, we ask you to stay seated with minimal movement throughout the building. As you know we cannot be at capacity, PLCC seats will be limited and will not be saved. You will be responsible for getting in the building to attain a seat to be called on during our opportunity for audience which is scheduled near the start of the meeting. Our Board meeting starts at 6PM. If you are not in attendance when your name is called, we will move on to the next participant.

When your name is called, please proceed to the Board room where you will be guided to the speaker seat and given 3 minutes to present your topic in front of the Board of Education which will be streaming live. Please be reminded, the "opportunity for audience" is not a two-way conversation with the Board. We look forward to seeing you at the next meeting.

Regards,
Claudia Paz-Blossick
Aurora Public Schools
Assistant to the Board of Education
15701 E First Ave. Suite 206 Aurora CO, 80011
Direct: 303.326.2101
Fax: 303.326.2161
http://boe.aurorak12.org/
Live Board meeting information https://boe.aurorak12.org/live

[Quoted text hidden]