Exhibit C

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KBD** |

**Adopted October 1979**
**Recoded April 1998**
**Revised October 2007**
**Revised January 2017**
**Reviewed December 2020**

### COMMUNICATION AND ENGAGEMENT WITH PARENTS, FAMILY AND THE COMMUNITY

Page 1 of 4

The Aurora Public Schools Board of Education believes that the education of each student is a responsibility shared by the school as well as parents and that engaging parents is essential to improved student achievement. The Board recognizes the need for a constructive partnership between the district and parents that provides for two-way communication and fosters educational support for students and parents. In this policy, the word "parent" also includes guardians and other members of a student's family involved in the student's education.

Further, the Board, administration, staff and parents/guardians of this school district believe improving the academic achievement of every student is a responsibility shared by the entire community. This includes the Board members, administrators, staff, parents/guardians, students, elected officials, business leaders, classified and professional technical/administrator employees and the teacher association, and community members.

In keeping with these beliefs, it is the intention of the district to cultivate and support active parental and community engagement and to set and realize goals for parent supported student learning.

A. To that end all district schools shall:

1. Consult with and encourage parents and community members to share in school and district planning and in the setting of objectives through participating in school and district accountability committees.

2. Help parents and community members understand the educational process and their role in supporting student achievement through regular, meaningful communication.

3. Inform parents and community members of school choices and learning opportunities within the district, including but not limited to, information on open enrollment, choice programs and charter school options.

4. Provide opportunities for parents to be informed about their student's progress toward attaining proficiency on state and district academic content standards through written

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KBD** |

**Adopted October 1979**
**Recoded April 1998**
**Revised October 2007**
**Revised January 2017**
**Reviewed December 2020**

### COMMUNICATION AND ENGAGEMENT WITH PARENTS, FAMILY AND THE COMMUNITY

Page 2 of 4

materials and public meetings. Information shall explain how the student's progress will be measured and how parents will be informed of such progress. This information shall also be provided to the school and district accountability committees.

5. Provide appropriate avenues for parents and community members to find support in their role.

6. Encourage formal organizations for parents and community members at each school building as well as at the district level. The organizations shall receive information concerning district and school activities and shall have opportunities for input into district and school decisions as appropriate.

7. Encourage and welcome parent and community volunteers in the schools.

B. In order to create an engaging, open and transparent education, Aurora Public Schools staff will provide regular updates to parents and community members on areas including:

   1. Board of Education activities, key decisions and meetings;

   2. District goals, practices, changes, events and key activities;

   3. School goals, practices, changes, events and key activities; and

   4. Classroom goals, practices, changes, events and key activities.

The Board supports professional development opportunities for staff to enhance their understanding of effective parent engagement strategies.

C. The APS Communication Office, the Division of Equity in Learning and schools will provide parent and community updates on:

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KBD** |

Adopted October 1979
Recoded April 1998
Revised October 2007
Revised January 2017
Reviewed December 2020

## COMMUNICATION AND ENGAGEMENT WITH PARENTS, FAMILY AND THE COMMUNITY

Page 3 of 4

1. Safety;

2. District and school services, including transportation and parking services, health and nutritional products and services, and special programs;

3. Academic courses and programs, including expectations and practices;

4. District and school successes; and

5. District and school challenges.

D. The District and each school will seek advice from their accountability committees on communication and engagement practices. District and school accountability committee members will include parents and community members. The district accountability committee (DAC) shall conduct a periodic review of this policy. As part of its review, the DAC shall seek input from school accountability committees and then provide any recommended policy revisions to the Board.

E. The District will form a Communication Advisory Group that will work with the APS Chief Communication Officer to regularly monitor and evaluate District communication and engagement.

F. The District and school strategic or improvement plans will include a clear communication and engagement goal to ensure ongoing progress and assessment of this vital area.

LEGAL REFS.:   C.R.S. 22-32-142
C.R.S. 8-13.3-101 et seq.
C.R.S. 22-7-301 et seq.
C.R.S. 22-7-407 (5)
C.R.S. 22-11-302 (1)(g)

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code:  KBD** |

**Adopted October 1979**
**Recoded April 1998**
**Revised October 2007**
**Revised January 2017**
**Reviewed December 2020**

### COMMUNICATION AND ENGAGEMENT WITH PARENTS, FAMILY AND THE COMMUNITY

**Page 4 of 4**

C.R.S. 22-11-402 (1)(h)
C.R.S. 22-30.5-109

CROSS REFS.:  AE, Accountability/Commitment to Accomplishments
AEA, Standards Based Education
KBA, District Title I Parent Involvement Policy
KD, Public Information and Communications