| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KFA** |
| Adopted July 1979 | |
| Recoded January 1999 | |
| Reviewed October 2007 | |
| Reviewed October 2016 | |

## PUBLIC CONDUCT ON SCHOOL PROPERTY

The Superintendent of Schools or designee shall establish guidelines to govern the conduct of spectators at athletic and other activities sponsored by the district.

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KFA-R** |

**Approved May 1979**
**Recoded January 1999**
**Revised May 1999**
**Reviewed February 2008**
**Revised March 2015**
**Revised October 2016**
**Revised December 2019**

## PUBLIC CONDUCT ON DISTRICT PROPERTY

### Page 1 of 4

**Public Conduct at District and School Events**

When members of the public are attending school activities, events and/or programs and behavior of one or more present is not acceptable, the school official in charge shall advise and caution the member(s) of the public on the unacceptable conduct and may:

  a. Deny the opportunity to attend school activities, events and programs;

  b. Order offender(s) to leave the premises, and seek assistance of police, if necessary to gain compliance;

  c. Suspend event until the crowd control is restored;

  d. Stop the event;

  e. Empty spectator area and continue event; or

  f. Refer to police for prosecution.

If the inappropriate behavior persists, the school official present may impose the action deemed appropriate.

The following conduct by any person is prohibited:

   1. Any conduct that obstructs, disrupts or interferes with or threatens to obstruct, disrupt or interfere with district operations or any activity sponsored or approved by the district.

   2. Physical abuse or threat of harm to any person or school district property.

| AURORA PUBLIC SCHOOLS | APS Code: KFA-R |
|---|---|

**Approved May 1979**
**Recoded January 1999**
**Revised May 1999**
**Reviewed February 2008**
**Revised March 2015**
**Revised October 2016**
**Revised December 2019**

## PUBLIC CONDUCT ON DISTRICT PROPERTY

Page 2 of 4

3. Damage or threat of damage to district property regardless of the location, or property of a member of the community when such property is located on district property.

4. Forceful or unauthorized entry to or occupation of district facilities, including both buildings and grounds.

5. Use, possession, distribution or sale of drugs and other controlled substances, alcohol and other illegal contraband on district property, at district or school-sponsored functions or in any district vehicle transporting students. For purposes of this policy, "controlled substances" means drugs identified and regulated under federal law, including but not limited to marijuana, cocaine, opiates, phencyclidine (PCP) and amphetamines (including methamphetamine). If, however, the administration of medical marijuana is in accordance with state law regarding the administration of medical marijuana to qualified students, such possession shall not be considered a violation if this policy.

6. Distribution, manufacture or sale of controlled substances or the possession of controlled substances with intent to distribute them within 1,000 feet of the perimeter of school grounds.

7. Entry onto district buildings or grounds by a person known to be under the influence of alcohol or a controlled substance.

8. Unlawful use of any tobacco product.

9. Possession of a deadly weapon, on school property or in school buildings, unless such possession is in accordance with C.R.S. 18-12-105.5 or 18-12-214(3). For the purposes of this policy, "deadly weapon" means:

a. a firearm, whether loaded or unloaded;

b. a fixed blade knife with a blade that exceeds three inches in length;

| | |
|---|---|
| **AURORA PUBLIC SCHOOLS** | **APS Code: KFA-R** |

Approved May 1979
Recoded January 1999
Revised May 1999
Reviewed February 2008
Revised March 2015
Revised October 2016
Revised December 2019

**PUBLIC CONDUCT ON DISTRICT PROPERTY**

Page 3 of 4

c. a spring-loaded knife or pocket knife with a blade exceeding three and one-half inches in length; or

d. any object, device, instrument, material, or substance whether animate or inanimate, that is used or intended to be used to inflict death or serious bodily injury including, but not limited to, a BB gun, a slingshot, bludgeon, nunchucks, brass knuckles or artificial knuckles of any kind.

10. Profanity or verbally abusive language.

11. Violation of any federal, state or municipal law or Board policy.

LEGAL REFS.: 21 U.S.C. 860 (crime to distribute or manufacture controlled substances within 1,000 feet of a school)
C.R.S. 18-1-901 (3)(e) (definition of deadly weapon)
C.R.S. 18-9-106 (disorderly conduct)
C.R.S. 18-9-108 (disrupting lawful assembly)
C.R.S. 18-9-109 (interference with staff, faculty or students of educational institutions)
C.R.S. 18-9-110 (public buildings - trespass, interference)
C.R.S. 18-9-117 (unlawful conduct on public property)
C.R.S. 18-12-105.5 (unlawful carrying/possession of weapons on school grounds)
C.R.S. 18-12-214 (3)(a) (person with valid concealed handgun permit may have a handgun on school property as long as hand gun remains in his or her vehicle and if, while the person is not in vehicle, the gun is kept in a compartment and the vehicle is locked)
C.R.S. 18-18-407 (2) (crime to sell, distribute or possess with intent to distribute any controlled substance on or near school grounds or school vehicles)

Case 1:22-cv-00926-GPG Document 31-5 Filed 05/11/22 USDC Colorado Page 5 of 5

Exhibit D

AURORA PUBLIC SCHOOLS          APS Code:  KFA-R
Approved May 1979
Recoded January 1999
Revised May 1999
Reviewed February 2008
Revised March 2015
Revised October 2016
Revised December 2019

## PUBLIC CONDUCT ON DISTRICT PROPERTY

Page 4 of 4

       C.R.S. 25-1.5-106 (12)(b) (possession or use of medical marijuana in or on school grounds or in a school bus is prohibited)
       C.R.S. 25-14-103.5 (boards of education must adopt policies prohibiting tobacco and retail marijuana use on school property)
       C.R.S. 25-14-301 (Teen Tobacco Use Prevention Act)

CROSS REFS.:        ADC, Tobacco-Free Schools
                             GBEC, Drug and Alcohol Free Workplace
                             JICH, Drug and Alcohol Use by Students
                             JICI, Weapons in School
                             KI, Visitors to Schools