Aurora Municipal Court

Case Management
14999 E. Alameda Parkway
Aurora, Colorado 80012
Phone: 303-739-6434

TO: Whom It May Concern
FROM: Aurora Municipal Court

DEFENDANT NAME: TIFFANY T GRAYS
DATE OF BIRTH: 07/11/1983

On this date, a record search was conducted on the above party. The following information was found:

**\*\* ON CASE NUMBER J269543 WE SHOW THE FOLLOWING DISPOSITION:**
(See attached copy of computer print out of case)

Aurora Municipal Court handles only misdemeanor cases. Any cases over seven years old have been destroyed and we will have NO physical case file.

Date: 05/26/2021

By: _T. Rose_____
Court Clerk

I hereby certify that the foregoing document is a true and correct copy of the original on file and of record in the office of the Aurora Municipal Court on this 26 day of May 2021.

_T. Rose_____
Deputy Clerk

```
                       DISPOSITION CODES

    D/A           DISMISSED AT ARRAIGNMENT
    D/CT          DISMISSED/COURT
    D/DJ          DISMISSED/DEFERRED JUDGEMENT
    D/EPO         DISMISSED/EARLY PAYMENT OPTION
    D/GDO         DISMISSED/GOOD DRIVER OPTION
    D/IPT         DISMISSED AT INSTANT PRE-TRIAL
    D/J           DISMISSED/JURY
    D/J/C         DISMISSED AT JURY - BAD CHARGE OR FOR CAUSE
    D/J/W         DISMISSED AT JURY - NO WITNESS
    D/PBM         DISMISSED/PLEA BY MAIL
    D/PT          DISMISSED/PRE-TRIAL
    D/RDC         DISMISSED/RE-FILE DISTRICT COURT
    D/T           DISMISSED/TRIAL
    D/T/C         DISMISSED AT TRIAL - BAD CHARGE OR FOR CAUSE
    D/T/O         DISMISSED AT TRIAL - NO OFFICER PRESENT
    D/T/W         DISMISSED AT TRIAL - NO WITNESS
    D/TN          DISMISSED - TEEN COURT
    DISM          DISMISSED
    EWAR          EXPIRED WARRANT
    G/A           GUILTY AT ARRAIGNMENT
    G/AMN         AMENDED AT INSTANT PRE-TRIAL
    G/COL         GUILTY COLLECTIONS
    G/COP         DEFENDANT CHANGED PLEA TO GUILTY AT PRE-TRIAL
    G/CT          GUILTY/COURT
    G/DEF         GUILTY/DEFAULT
    G/EPO         GUILTY/EARLY PAYMENT OPTION
    G/FTA         GUILTY/FAILURE TO APPEAR/TRAFFIC
    G/GDO         GUILTY/GOOD DRIVER OPTION
    G/IPT         DEFENDANT PLEAD GUILTY AT INSTANT PRE-TRIAL
    G/IVR         GUILTY IVR PAYMENT
    G/J           GUILTY/JURY
    G/PBM         GUILTY/PLEA BY MAIL
    G/PT          GUILTY/PRE-TRIAL
    G/T           GUILTY/TRIAL
    G/TN          GUILTY/TEEN COURT
    G/TVB         GUILTY/PAID BY MAIL
    G/WEB         GUILTY WEB PAYMENT
    H/J           HUNG JURY
    MIS/J         MISTRIAL - DECLARED AT JURY TRIAL
    MIS/T         MISTRIAL - DECLARED AT TRIAL
    NG/J          NOT GUILTY/JURY
    NG/T          NOT GUILTY/TRIAL
    NOLO          GUILTY/NOLO CONTENDERE
    PB/J          PLEA BARGAINED AT JURY
    PG/J          PLEAD GUILTY/JURY
    PG/T          PLEAD GUILTY/TRIAL
    PT/AM         CHARGE AMENDED AT PRE-TRIAL
```

```
*********************************
* City of Aurora Municipal Court *
*   Disposition Screen Report    *
*   As Of: 05/26/2021 11:45:48   *
*   Requested By User: trose     *
*********************************
```

==================================================================

Summons: J269543    Name: GRAYS, TIFFANY T    D.O.B.: 07/11/1983

Type: G   PT:   TD:            TT:   : Div:   DV: N  Sch/F: $.00

---------------------------[ VIOLATION/OFFENSE ]---------------------------

```
          Off/Vio                              Disp   Disp
     Pts  Code    Description         Speed   Code   Date        Fine
     ---  ------  ------------------  ------  ------ ----------  --------
ORIG:     5709    SCHOOL PROPERTY-FAI         D/PT   05/12/2021
AMD:
     ---  ------  ------------------  ------  ------ ----------  --------
```

****************************************************************************

CC: $.00       Prob Fee: $.00      VWAF: $.00        Fine:            GDO/EPO:
SOE:              Att: JS  Jd: SD  Rp: JS  Div:
Jail:        Days Susp:        Days CTS:       OJW:       Appeal: N
Prob/T:        PBD:            PTD:            Rev/Sat:              Stat: C
DD: N Shop Sem: N   Wrkp: N   Comm Serv Hrs:       Essay: N    Apolg: N
Rest Amt: $.00        Victim:                          RDP:
Warr:    WD:              Bail:            Bond Type:        Bond:

==================================================================
|              General Comments For This Case                    |
==================================================================
SUMMONS ENTERED INTO SYSTEM  by landrade on 02/18/2021
3-18-21 ARR: APPRS WEBEX, NG, SFJT 5-18-21/JS 5-12-21, JRY ADV 4-8-21.
SF MTN HRG 4-12-21 8AM D2. DFT WILL PERF JRY EOB TOMORROW. JAIL WVD.
DS/JWV2
3-19-21 WRN MTN: DEF MTN TO DISM-KEEP ALL DATES AS SET. MD/DS/JWV2
4-12-21 MOTION: APPRS WBX, MTN TO DISM DENIED, SDT RETURN DATE 4-30-21
2PM D2 IN PERSON APPRS. KEEP JS+JT AS SET.  DB/DS/JW2
4/15/21 MOT: DEF MOT SDT-APS EMAILS & VIDEO,DENIED, KEEP AS SET
DA/PF/KTT6
5-12-21 WEB STAT: CA DISM-LOE/REFUND JRY FEE TO DEF/DEF MTN TO HAVE
CRT ORDR CITY NOT TO CHARGE HER AGAIN UNDER THIS TYPE OF CHARGE DENIED
JS/SD/JST6
05/13/21 REMOVED CAD DATE-05/18/21 BY dsutton


Report Complete...

# ADDENDUM TO SUMMONS

## Number J269543

Name of Defendant TIFFANY Grays

| Date | Disposition | Judge |
|---|---|---|
| 4.15.2021 | SDT Filed w/ ct, no basis provided for request. ~~Requests to Martinelli and/or Nixon~~ SDT Denied. Δ Fails to est. relevancy of video emails or that request isn't a fishing expedition. - SDT Denied - Jury Status + Jury trial remains as set. EMAILED APR 15 2021 | PWR 6 |
| 5/12/21 | CA MTN TO D/M — GRANTED. Jury Fee Refunded VACATE 5/18 JURY MAY 12 2021 | JM6 |
| 05/14/21 | CM Req T Grays $25 Jury fee Refund ck | |

I hereby certify that the foregoing document is a true and correct copy of the original on file and of record in the office of the Aurora Municipal Court on this 26 day of May 2021
T. Rose
Deputy Clerk

____ PROBABLE CAUSE <u>FOUND</u> FOR ARREST
____ PROBABLE CAUSE <u>NOT FOUND</u> FOR ARREST

COMMENTS: _____

_____

_____   _____
MUNICIPAL JUDGE                      DATE & TIME OF DETERMINATION

ATTORNEY FOR DEFENDANT _____

ADDRESS _____ PHONE _____

| DATE | PROCEEDINGS | JUDGE | DIVISION |
|---|---|---|---|
| 3/18/21 | Δ via W/E. Jail waived by CA. Ng plea. Δ says she'll perfect JT by 3/19/21 jury right. 4/8/21 disc. expl. Atty rights. JT: 5/18/21 8am D6 JS: 5/12/21 8:30am D6 via W/E mo. hrg: 4/12/21 8am D2 | DRS | 2 |
| MAR 18 2021 | | | |
| 3/19/21 | Ct receives Δ's mo. to dlm. Keep as set: mo hrg. 4/12/21 8am D2 | DRS | 2 |
| MAR 19 2021 | | | |
| 3.19.21 | JT 5.18.21 8am D6  JS 5.12.21 8:30am D6  motion hrg 4.12.21 8am D2 | | DS |
| 4/12/21 | Δ via W/E. Δ tenders mo. to dlm Void for vagueness: denied. subp. dlt return 4/30/21 2pm D2 - in person Δ to email or fax s dlt for ct to sign. Keep as set: JS 5/12/21 8:30 D6 JT 5/18/21 8 D6 | DRS | 2 |
| APR 12 2021 | | | |