On Thu, Feb 11, 2021 at 9:59 AM Claudia Paz-blossick <cpaz@aurorak12.org> wrote:

> Thank you, I will make the adjustments. Can I get confirmation once outside counsel lets her know so I can reach out to her please?
>
> Regards,
>
> **Claudia Paz-Blossick**
>
> On Thu, Feb 11, 2021 at 9:44 AM Brandon Eyre <bjeyre@aurorak12.org> wrote:
>
>> Claudia,
>>
>> Tiffany Grays is set up to make an in person public comment at the next Board meeting. Ms. Grays has been trespassed from District property so she should not be in attendance at the Board meeting. Rico has asked that I have you move her from in person comment to remote comment. Our outside counsel from Caplan should be contacting her to let her know of the change.
>>
>> Greg,
>>
>> I also just want to give you a heads up of this situation in case she decides to come anyway.
>>
>> Brandon Eyre
>>
>> Office of Legal Counsel
>>
>> Aurora Public Schools
>>
>> 15701 E. 1st Ave, Suite 200
>>
>> Aurora, CO  80011
>>
>> Ph:  (303) 326-1800
>>
>> Fax:  (303) 326-1994
>>
>> bjeyre@aurorak12.org
>>
>> This electronic transmission (including any attached file) contains information from the Office of Legal Counsel, Aurora Public Schools, which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware than any review, disclosure, copying, distribution or other use of this information is prohibited.
>>
>> If you have received this electronic transmission in error, please notify us immediately by telephone (303-326-1800) or by electronic mail (mjcowan@aurorak12.org).