

# Aurora Public Schools

Damon Smith <dlsmith@aurorak12.org>

## Personnel Records Inspection
1 message

**Damon Smith** <dlsmith@aurorak12.org>                                Thu, Jul 12, 2018 at 3:41 PM
To: Brandon Eyre <bjeyre@aurorak12.org>
Cc: Rico Munn <rmunn@aurorak12.org>

Good Afternoon Brandon

This afternoon, the parent of an APS student requested the ability to immediately "inspect" the personnel records of several APS employees as outlined in policy GBJ; the list of employees was initially fixed, but as the afternoon progressed, the list of employee records to be inspected also progressed. The employees include:

Rico Munn
Marcelina Rivera
Kathleen Shiverdecker
Cari Roberts
Janell Kirkland
Cathy Wells
Michelle Bridges
Anthony Sturges
Bo Bacon
Thomas Gibbens
Michelle Bridges
Nick Kloberdanz
Steve Slama
Greg Cazzell
Deborah Moore
Erin Brophy
Kristen Steuber
Damon Smith
* There's one more APS Security Officer to be included, but I don't recall his name.

It was explained to the parent that the records she was permitted to inspect contained protected information and would need to be redacted before she was permitted to review/provided a copy; as such, her interpretation of GBJ was incorrect and she would not be provided immediate access to the employees' personnel records.

I'll begin with the records request in the morning with goal of sending them to her via U.S. mail by next Tuesday.

D.

# Aurora Public Schools
### Department Of Safety And Security
## CR-1

Exhibit H

- Arrest ☐
- Crime ☒
- Non-Criminal ☐

CASE# 18A-00393
PAGE 1

**OFFENSE(S):** DISTURB Disturbance
**OFFENSE(S) cont'd:**

**DATE, TIME AND DAY OF OCCURENCE:** 07/12/18 13:13 Thursday
**DATE AND TIME REPORTED:** 07/12/18 13:13
**MORE CHARGES:** YES ☐ NO ☒
**ESTIMATED LOSS VALUE:** $ 0.00

**LOCATION OF OCCURENCE:** 1085 Peoria St, Aurora
**LOCATION NAME:**
**TYPE OF LOCATION:**
**BEAT:** 1
**SECTOR:**

## PERSONS
Codes: V = Victim  W = Witness  C = Complainant  P = Parent  G = Guardian  R = Party  O = Other
MORE NAMES: YES ☐ NO ☒

| CODE | # OF | NAME | BUSINESS | BUSINESS PHONE |
|---|---|---|---|---|
| W | 1 of 4 | Brophy, Erin | 1085 Peoria St, Aurora, CO 80011 | (303) 344-8060 |

OCCUPATION: Human Resources  RACE: W  SEX: F

| CODE | # OF | NAME | BUSINESS | BUSINESS PHONE |
|---|---|---|---|---|
| W | 2 of 4 | Smith, Damon | 1085 Peoria St, Aurora, CO 80011 | (303) 344-8060 |

OCCUPATION: Human Resources  RACE: B  SEX: M

| CODE | # OF | NAME | BUSINESS | BUSINESS PHONE |
|---|---|---|---|---|
| W | 3 of 4 | Moore, Deborah | 1085 Peoria St, Aurora, CO 80011 | (303) 344-8060 |

OCCUPATION: Front desk clerk  RACE: B  SEX: F

## CASE SUMMARY / VEHICLE INFORMATION

**SUMMARY:** Parent was irate and was causing a disturbance. Advised to leave and would not.

**VEHICLE USED IN CRIME:** YES ☐ NO ☐ UNK ☐
**MORE VEHICLES:** YES ☐ NO ☒
**TOW REPORT:** YES ☐ NO ☐

## SUSPECT(S) / ARRESTEE(S)
Codes: S = Suspect  A = Arrestee  D = Detainee  SV - Suspect/Victim  AV - Arrestee/Victim  DV - Detainee/Victim
MORE NAMES: YES ☐ NO ☒

(suspect/arrestee fields blank)

## ADMINISTRATION

**VICTIM DESIRES PROSECUTION:** YES ☐ NO ☒
**FOLLOW-UP:** YES ☐ NO ☒
**COPIES TO:** Pat ☐  Det ☐  DA ☐  Court ☐  VWAP ☐  Probation ☐  OTHER: ☐

**BY OFFICER:** T. Thiesse 118681
**DATE/TIME:** 07/12/18 15:57
**APPROVED BY:** S. Slama 72501
**DATE APPROVED:** 07/13/18

**OFFICER:**
**UNIT/SHIFT:**
**ASSIGNED TO:**
**CASE STATUS:** Closed

CR-1 Thies/118681  Entered by: Tyler Thiesse  APDC (Rev. 8/9/2018)  Print Date: 08/09/2018

# Aurora Public Schools
### Department Of Safety And Security

## Additional Crimes, Persons and Vehicles

Exhibit H

| | |
|---|---|
| Arrest | ☐ |
| Crime | ☒ |
| Non-Criminal | ☐ |

CASE # 18A-00393
PAGE 1 OF 1

**OFFENSE(S):** DISTURB Disturbance
**OFFENSE(S) cont'd:**

**DATE, TIME AND DAY OF OCCURENCE:** 07/12/18 13:13 Thursday
**DATE AND TIME REPORTED:** 07/12/18 13:13

**LOCATION OF OCCURENCE:** 1085 Peoria St, Aurora
**LOCATION NAME:**
**TYPE OF LOCATION:**
**BEAT:** 1
**SECTOR:**

**ADDITIONAL OFFENSE(S):**
**ADDITIONAL OFFENSE(S) cont'd:**

### PERSONS
Codes: V = Victim   W = Witness   C = Complainant   P = Parent   G = Guardian   R = Party   O = Other

MORE NAMES: YES ☐ NO ☐

| CODE | NAME | RESIDENCE | Cellular |
|---|---|---|---|
| R 1 OF 1 | Grays, Tiffany Taneesha | 15651 E Caspian Cir #13-306, Aurora, CO 8( | (303) 641-1277 |

OCCUPATION:
RACE: B  SEX: F  AGE: 35  DOB: 07/11/1983
ADDRESS 2:  PHONE 2:
DL:  STATE:  SSN:  INJURIES:  ADDRESS 3:  PHONE 3:

| CODE | NAME | Business | Business |
|---|---|---|---|
| W 4 OF 4 | Miller, Hank | 1085 Peoria St, Aurora, CO 80011 | (303) 344-8060 |

OCCUPATION: Unknown
RACE: B  SEX: M  AGE:  DOB:
ADDRESS 2:  PHONE 2:
DL:  STATE:  SSN:  INJURIES:  ADDRESS 3:  PHONE 3:

### ADMINISTRATION

**BY OFFICER:** T. Thiesse 118681
**DATE/TIME:** 07/12/18 15:57
**APPROVED BY:** S. Slama 72501
**DATE APPROVED:** 07/13/18
**OFFICER:**
**UNIT/SHIFT:**
**ASSIGNED TO:**
**CASE STATUS:** Closed

APDC (Rev. 06/30/17)   Print Date: 08/09/2018

| Arrest ☐ | *Aurora Public Schools* | CASE # Exhibit H |
|---|---|---|
| Crime ☒ | Department Of Safety And Security | 18A-00393 |
| Non-Criminal ☐ | Case MO | PAGE 1 OF 1 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| DISTURB Disturbance | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 07/12/18 13:13 Thursday | 07/12/18 13:13 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 1085 Peoria St, Aurora | | | 1 | |

## MO DATA

**Case has Domestic Violence**
No weapon involved

## ADMINISTRATION

| FOLLOW-UP YES ☐ NO ☒ | COPIES TO: ☐ PAT. ☐ DET. ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☐ OTHER | | |
|---|---|---|---|
| BY OFFICER T. Thiesse 118681 | DATE/TIME 07/12/2018 15:57 | APPROVED BY S. Slama 72501 | DATE APPROVED 07/13/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

CR-1 Thies/118681  Entered by: Tyler Thiesse    APDC (Rev. 06/16/06)  Print Date: 08/09/2018

# Aurora Public Schools
## Department Of Safety And Security
## Person Profile

Exhibit H

- Arrest ☐
- Crime ☒
- Non-Criminal ☐

CASE # 18A-00393
PAGE 1 OF 2

**OFFENSE(S):** DISTURB Disturbance

**OFFENSE(S) cont'd:**

**DATE, TIME AND DAY OF OCCURENCE:** 07/12/18 13:13 Thursday
**DATE AND TIME REPORTED:** 07/12/18 13:13

**LOCATION OF OCCURENCE:** 1085 Peoria St, Aurora
**LOCATION NAME:**
**TYPE OF LOCATION:**
**BEAT:** 1
**SECTOR:**

### PERSONS
Codes: V = Victim  W = Witness  S = Suspect  A = Arrestee  D = Detainee  C = Complainant  R = Party  O = Other

MORE NAMES: YES ☐  NO ☐

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|---|
| W | 1 OF 4 | Brophy, Erin | | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

Treatment: None Needed

CLOTHING

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|---|
| W | 2 OF 4 | Smith, Damon | | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

Treatment: None Needed

CLOTHING

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|---|
| W | 3 OF 4 | Moore, Deborah | | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

Treatment: None Needed

CLOTHING

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|---|
| W | 4 OF 4 | Miller, Hank | | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

Treatment: None Needed

CLOTHING

### ADMINISTRATION

**BY OFFICER:** T. Thiesse 118681
**DATE/TIME:** 07/12/18 15:57
**APPROVED BY:** S. Slama 72501
**DATE APPROVED:** 07/13/18

**OFFICER:**
**UNIT/SHIFT:**
**ASSIGNED TO:**
**CASE STATUS:** Closed

CR-1 Thies/118681  Entered by: Tyler Thiesse        APDC (Rev. 01/22/13)  Print Date: 08/09/2018

Exhibit H

| Arrest | ☐ | **Aurora Public Schools** | CASE # |
|---|---|---|---|
| Crime | ☒ | Department Of Safety And Security | 18A-00393 |
| Non-Criminal | ☐ | **Person Profile** | PAGE 2 OF 2 |

**OFFENSE(S)**
DISTURB Disturbance

**OFFENSE(S) cont'd**

**DATE, TIME AND DAY OF OCCURENCE**
07/12/18 13:13 Thursday

**DATE AND TIME REPORTED**
07/12/18 13:13

**LOCATION OF OCCURENCE**
1085 Peoria St, Aurora

**LOCATION NAME**

**TYPE OF LOCATION**

**BEAT** 1

**SECTOR**

## PERSONS
Codes: V = Victim  W = Witness  S = Suspect  A = Arrestee  D = Detainee  C = Complainant  R = Party  O = Other

MORE NAMES: YES ☐  NO ☐

| CODE | | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|---|
| R | 1 OF 1 | Grays, Tiffany Taneesha | 07/11/1983 | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

**Demeanor**
Irritable
Angry
Controlling
Hysterical
Irrational/Profane
Obsene
Threatening
Upset

**CLOTHING**

## ADMINISTRATION

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| T. Thiesse 118681 | 07/12/18 15:57 | S. Slama 72501 | 07/13/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

CR-1 Thies/118681  Entered by: Tyler Thiesse

APDC (Rev. 01/22/13)  Print Date: 08/09/2018

Case 1:22-cv-00226-GPG   Document 61-179   Filed 05/11/22   USDC Colorado   Page 7 of 13

Exhibit H

| Arrest ☐ | **Aurora Public Schools** | CASE # |
|---|---|---|
| Crime ☒ | Department Of Safety And Security | 18A-00393 |
| Non-Criminal ☐ | **Narrative Report** | Page 1 of 2 |

| OFFENSE(S) | OFFENSE(S) cont'd |
|---|---|
| DISTURB Disturbance | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 07/12/18 13:13 Thursday | 07/12/18 13:13 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 1085 Peoria St, Aurora | | | 1 | |

NARRATIVE

On 07/12/18 at approximately 1313 hours Officer were dispatched to ESC 4 located at 1085 Peoria St in reference to an unknown situation. Dispatched advised they did not know what they needed but the needed us there immediately. Upon arrival, Officer Moore, Officer Kloberdanz and I entered the building. I observed a female standing at the desk being irate with APS employees. Officer Moore attempted to speak with Tiffany but she refused to speak to him I then asked Deborah Moore to walk away from the front desk and speak to me. I asked Deborah what was going on. Deborah stated the the female identified as Tiffany Grays was wanting some sort of records and stated that they were not able to release the records to her. I then proceeded to speak to Erin Brophy who is an HR Director. I asked Erin to tell me what Tiffany was doing there. Erin stated that Tiffany wanted employee records. Erin continued to state that they could not release them to her without her filling out a request for the records. Tiffany was irate, yelling and was pacing back and forth in front of the front desk. I then asked Erin if she wanted Tiffany to leave the building and she stated that she did. I then advised Tiffany that they would not be able to fulfill her request because of the rules regarding the release of information. I advised her she needed to leave the building. Tiffany refused. Deborah Moore also asked her to leave and Tiffany refused.

I then proceed to walk outside of the building and contact APS Lt. Steve Slama and advised him of the situation. While standing outside I could hear Tiffany start to scream. I walked inside of the building and she was screaming at an Aurora Police Dispatcher. After ensuring everything was ok I walked back outside. I was listening to APD's channel and heard there dispatched ask for Sgt. On TAC- 11. After the dispatcher spoke to the Sgt. I advised him over the radio that she had been asked to leave and refused. He asked if she needed to be arrested and I stated she did. The Sgt. stated cars would be there when they were available.

At 1409 two APD Officer arrived on scene. They are identified as Officer Clark and Officer Williby. I advised them of the situation. Officer Williby asked if what I wanted done, trespass notice, ticketed or arrested. I advised Officer Williby that a trespass

| **ADMINISTRATION** | | | |
|---|---|---|---|
| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
| T. Thiesse 118681 | 07/12/2018 15:57 | S. Slama 72501 | 07/13/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Closed |

CR-1 Thies/118681   Entered by: Tyler Thiesse   Page 1 of 2   APDC (Rev. 01/07/15)   Print Date: 08/09/2018

7 of 13

| Arrest ☐ | **Aurora Public Schools** | CASE # |
| Crime ☒ | Department Of Safety And Security | 18A-00393 |
| Non-Criminal ☐ | **Narrative Report** | Page 2 of 2 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| DISTURB Disturbance | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 07/12/18 13:13 Thursday | 07/12/18 13:13 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 1085 Peoria St, Aurora | | | 1 | |

NARRATIVE

notice would not do any good. That she needed a ticket and be to arrested. The officers went in and spoke to Tiffany. I stood by the main door and observed Tiffany's manor change dramatically when they APD officers spoke to her. The officers stated since nobody wanted charges pressed or to sign a trespass notice they were not going to do anything.

After the APD officers where done speaking to her Tiffany left the building on her own.

End of report.

**ADMINISTRATION**

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| T. Thiesse 118681 | 07/12/2018 15:57 | S. Slama 72501 | 07/13/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Closed |

| | | *Aurora Public Schools* | CASE # | Exhibit H |
|---|---|---|---|---|
| Arrest | ☐ | Department Of Safety And Security | 18A-00393 | |
| Crime | ☒ | | | |
| Non-Criminal | ☐ | **Supplemental Report** | PAGE 1 OF 2 | |

**OFFENSE(S)**
DISTURB Disturbance

**OFFENSE(S) cont'd**

**DATE, TIME AND DAY OF OCCURENCE**
07/12/18 13:13 Thursday

**DATE AND TIME REPORTED**
07/12/18 13:13

**LOCATION OF OCCURENCE**
1085 Peoria St, Aurora

**LOCATION NAME**

**TYPE OF LOCATION**

**BEAT** 1

**SECTOR**

**CASE SUMMARY**

**NARRATIVE**

On 7/12/2018 at approximately 1313 hours Officers were dispatched to 1085 Peoria St. reference an unknown problem. Dispatcher Chandler stated he received a phone call from ESC4 staff requesting they send an officer there immediately. Dispatch stated they did not have any further information. Officer Theisse, Officer Moore, and I responded and as we entered the building I observed a female, later identified as Tiffany Grays (DOB 7/11/1983) raising her voice towards APS staff at the front desk. Officer Moore attempted to ask Tiffany what the problem was. Tiffany was very abrasive towards Officer Moore and would interrupt him every time he tried to speak. Tiffany was pacing back and forth in front of the check-in desk repeatedly saying the APS staff was violating her rights as well as the staff was violating APS policies. I heard a staff member state they asked Tiffany to leave numerous times and Tiffany refused. I have spoken over the phone with Tiffany regarding a separate incident at Aurora Frontier K-8 earlier in the year and her demeanor was very similar to our prior interaction. (Reference APS case # 18A-00322)

Officer Moore repeatedly attempted to communicate with Tiffany who continuously interrupted him and eventually told Officer Moore to stop talking. Tiffany then called 911 and requested APD to respond. After the first call to 911 Tiffany again began raising her voice demanding APS staff give her information on numerous APS employees. After a few minutes, Tiffany called 911 again and began raising her voice towards the APD dispatcher demanding an APD officer to respond. Tiffany stated multiple times it was an emergency and APD was not doing their job. Eventually, Tiffany got off the phone and began acting in a similar manner. Tiffany continued to demand APS staff get her the information and stated she was going to sue APS and APD because her rights were being violated. Tiffany was being very confrontational but did not demonstrate aggressive body language towards any APS staff. Officer Theisse spoke to Tiffany and asked her to leave. Tiffany refused to leave. Tiffany continued to pace in front of the check-in desk and rant and rave about APD not sending an officer to help her. Tiffany then again called 911 and was yelling at APD dispatch again because an officer was not there. The APS Chief Personnel Officer, Damon Smith, then entered the building and tried to communicate with Tiffany. At first Tiffany would not let Damon speak, but after a few moments they began to have a 2 way conversation.

**ADMINISTRATION**

| FOLLOW-UP | COPIES TO: | | | | | |
|---|---|---|---|---|---|---|
| YES ☐  NO ☒ | ☐ Pat | ☐ Det | ☐ DA | ☐ Court | ☐ VWAP | ☐ Probation | ☐ OTHER |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| N. Kloberdanz 120252 | 07/12/2018 15:50 | S. Slama 72501 | 07/13/18 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

Supp-1-Klobe/120252 Entered by: Nic Kloberdanz     APDC (Rev. 06/16/17) Print Date: 08/09/2018

# Aurora Public Schools
### Department Of Safety And Security

## Supplemental Report

| | |
|---|---|
| Arrest ☐ | CASE # 18A-00393 |
| Crime ☒ | PAGE 2 OF 2 |
| Non-Criminal ☐ | |

**OFFENSE(S)**
DISTURB Disturbance

**DATE, TIME AND DAY OF OCCURENCE**
07/12/18 13:13 Thursday

**DATE AND TIME REPORTED**
07/12/18 13:13

**LOCATION OF OCCURENCE**
1085 Peoria St, Aurora

**BEAT:** 1

### NARRATIVE

Tiffany stated she needed APS employee files per an APS policy which she was holding a copy of. Damon explained she could have the files but only after he was able to redact sensitive information. Tiffany began to get upset and state she was entitled to any information she wanted and she was not leaving until she got what she came for. Damon tried explaining a few more times the process but Tiffany continued to argue. Damon stated he had explained the process multiple times and asked her to leave the building. Tiffany refused. Damon looked at Officer Moore and I and stated "Do what you gotta do." Officer Moore explained we were waiting for APD to arrive due to Tiffany requesting a response. Eventually APD officers and an APD Sergeant arrived on scene. Officers approached Tiffany and began speaking to her. Tiffany's entire demeanor changed and she began acting polite and cooperative. After a short conversation, APD officers stated Tiffany was not being trespassed, ticketed, or arrested and Tiffany left the building. Damon instructed his staff to try and pull audio and video footage of the incident from the internal cameras.

For other officer's involvement see their reports.

Nothing further.

### ADMINISTRATION

**FOLLOW-UP:** NO ☒
**BY OFFICER:** N. Kloberdanz 120252
**DATE/TIME:** 07/12/2018 15:50
**APPROVED BY:** S. Slama 72501
**DATE APPROVED:** 07/13/18
**CASE STATUS:** Closed

Supp-1-Klobe/120252  Entered by: Nic Kloberdanz   APDC (Rev. 06/16/17)  Print Date: 08/09/2018

## Aurora Public Schools
### Department Of Safety And Security

### Supplemental Report

Exhibit H

CASE # 18A-00393
PAGE 1 OF 2

| | |
|---|---|
| Arrest ☐ | |
| Crime ☐ | |
| Non-Criminal ☒ | |

**OFFENSE(S)**
DISTURB Disturbance

**OFFENSE(S) cont'd**

**DATE, TIME AND DAY OF OCCURENCE**
07/12/18 13:13 Thursday

**DATE AND TIME REPORTED**
07/12/18 13:13

**LOCATION OF OCCURENCE**
1085 Peoria St, Aurora

**LOCATION NAME**

**TYPE OF LOCATION**

**BEAT** 1

**SECTOR**

**CASE SUMMARY**
Disturbance with party in main office of ESC4.

### SUSPECT(S)/ ARRESTEE(S)
Codes: S = Suspect  A = Arrestee  D = Detainee  SV - Suspect/Victim  AV - Arrestee/Victim  DV - Detainee/Victim

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | CELLULAR |
|---|---|---|---|
| S 1 OF 1 | Grays, Tiffany Taneesha | 15651 E Caspian Cir #13-306, Aurora, CO 8001 | (303) 641-1277 |

| RACE | SEX | HT | WT | HAIR | EYE | AGE | DOB | ADDRESS 2 | PHONE 2 |
|---|---|---|---|---|---|---|---|---|---|
| B | F | | | BLK | BRO | 35 | 07/11/1983 | | |

**OCCUPATION**  **INJURIES**  **ADDRESS 3**  **PHONE 3**

**SCARS / MARKS / TATTOOS** YES ☐ NO ☐  **AKA'S**  **ARRESTEE DISPOSITION**  **RELEASE LOCATION**  **ARREST DATE / TIME** /

**DL**  **STATE**  **ARRESTED** YES ☐ NO ☒  **BOOKING #**  **WARRANT** YES ☐ NO ☒  **CITATION #**  **SS#**  **CII#**

**CHARGES**

**NARRATIVE**

On July 7, 2018, around 1300 hour, I was working patrol for Aurora Public Schools as a Campus Safety Officer. APS Officer Thiesse, Officer Kloberdanz and I were dispatched to the ESC 4 building, 1085 Peoria St. for an unknown problem. APS dispatch, advised that the reporting party asked for assistance now. APS dispatch, was unable to relay any further details. Officer Thiesse, Officer Kloberdanz and I arrived at the ESC 4 building around 1320 hour. Officer Thiesse, Officer Kloberdanz and I entered the building. I went towards the main desk and observed a woman on her cell phone, hands free, with APD dispatch. The woman, later identified as S1: Grays, Tiffany Taneesha, stated that her life was at risk as APS Officer Thiesse and I entered the main lobby. I noticed W4: Moore, Deborah, W3: Miller, Hank and W1: Brophy, Erin at the clerk's desk, in the main lobby. I asked what was going on, in general, and Ms. Grays, stated, "I'm not talking to you", in an agitated tone. I asked why I was called to the building and Ms. Grays said, "Don't talk to me", in an agitated tone. I asked Ms. Grays her name and she didn't reply, while offering no eye contact.

I turned to speak to Ms. Moore about what the problem was and Ms. Brophy explained that Ms. Grays needed files. It was explained that Ms. Grays wanted personnel files and Ms. Brophy said that they weren't able to give her the information she is requesting. I asked if Ms. Grays signed in because she refused to say her name. Ms. Moore pointed to Ms. Grays name on the sign in sheet. Ms. Grays signed in as Tiffany Grays. I asked Ms. Grays what

### ADMINISTRATION

**FOLLOW-UP** YES ☐ NO ☒
**COPIES TO:** ☐ Pat ☐ Det ☐ DA ☐ Court ☐ VWAP ☐ Probation ☐ OTHER

**BY OFFICER** C. Moore 118735
**DATE/TIME** 07/13/2018 10:52
**APPROVED BY** S. Slama 72501
**DATE APPROVED** 07/13/18

**OFFICER**  **UNIT/SHIFT**  **ASSIGNED TO**  **CASE STATUS** Closed

Supp-1-Moore/118735  Entered by: Correll Moore          APDC (Rev. 06/16/17)  Print Date: 08/09/2018

# Aurora Public Schools
Department Of Safety And Security

## Supplemental Report

Exhibit H

CASE # 18A-00393

PAGE 2 OF 2

| Arrest | ☐ |
| Crime | ☐ |
| Non-Criminal | ☒ |

**OFFENSE(S)**
DISTURB Disturbance

**OFFENSE(S) cont'd.**

**DATE, TIME AND DAY OF OCCURENCE**
07/12/18 13:13 Thursday

**DATE AND TIME REPORTED**
07/12/18 13:13

**LOCATION OF OCCURENCE**
1085 Peoria St, Aurora

**LOCATION NAME**

**TYPE OF LOCATION**

**BEAT** 1

**SECTOR**

**CASE SUMMARY**
Disturbance with party in main office of ESC4.

**NARRATIVE**

files she needed and she handed me the policy for Personnel Records and Files, APS Code: GBJ. I then asked Ms. Grays what specific files she was needing and she started to list off names, in and agitated manner. I don't recall the names as I was focused on Ms. Grays starting to pace back and forth in the lobby. Ms. Grays contacted APD dispatch via her cell phone and began to yell at the APD dispatcher. Ms. Grays stated that her life was at risk, again and to send a police officer. Ms. Grays continued to pace back and forth and started to pace closer to my person. I asked Ms. Grays to stay back as I could tell she was agitated. Ms. Grays yelled at the dispatcher that I was lying and that I told her to not stand by me. Ms. Grays continued to pace and yell at the dispatcher. As Ms. Grays passed by I extended my arm and asked her to keep her distance. Ms. Grays kept pacing close to my person and I moved to gain separation. Ms. Grays was not being cooperative and passive aggressive by her actions. I needed to gain separation as Ms. Grays intent was unclear.

Ms. Grays was asked by staff, Officer Thiesse and myself to leave the building several times. Ms. Grays refused to leave or ignored the request. Ms. Grays stated that she wasn't leaving without the files and that she was going to sue everyone for refusing to follow our own (district) policy. W2: Smith, Damon arrived and Ms. Grays immediately stopped yelling and spoke with Mr. Smith, while still on the phone with APD dispatch via hands free. Mr. Smith, explained what he needed to do for Ms. Grays and needed to explain himself several times for Ms. Grays. Mr. Smith then stated he was done with the conversation as Ms. Grays was not accepting the explanation by Mr. Smith. Mr. Smith walked towards me and said, "Do what you need to do". I explained to Mr. Smith that we were waiting for APD. APD Officer Clark and Officer Williby arrived and spoke with Mr. Smith and Ms. Grays. Ms. Grays was cooperative and calm while speaking with the APD Officers. After speaking with APD Officers and Mr. Smith, Ms. Grays departed without further incident. APD Officers and APS Officers departed with no further issue. No APD case # to reference at this time.

End of report

### ADMINISTRATION

**FOLLOW-UP** YES ☐ NO ☒

**COPIES TO:** ☐ Pat ☐ Det ☐ DA ☐ Court ☐ VWAP ☐ Probation ☐ OTHER

**BY OFFICER** C. Moore 118735

**DATE/TIME** 07/13/2018 10:52

**APPROVED BY** S. Slama 72501

**DATE APPROVED** 07/13/18

**OFFICER**

**UNIT/SHIFT**

**ASSIGNED TO**

**CASE STATUS** Closed

| | | | |
|---|---|---|---|
| Arrest ☐ Crime ☐ Non-Criminal ☒ | **_Aurora Public Schools_** Department Of Safety And Security | CASE # 18A-00393 | Exhibit H |
| | **Case MO** | PAGE 1 OF 1 | |

| OFFENSE(S) | OFFENSE(S) cont'd |
|---|---|
| DISTURB Disturbance | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 07/12/18 13:13 Thursday | 07/12/18 13:13 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 1085 Peoria St, Aurora | | | 1 | |

## MO DATA

**Case has Domestic Violence**
No Domestic Violence in this case

**Drug Activity**
N-A

**Method of Entry**
No Force Used

**Point of Entry**
Door
Front

**Security Used**
Camera
Other

**Shift**
4 x 10 Day

**Solvability Factors**
Suspect can be identified
Suspect named

**Test Condition Lighting**
Day

**Test Condition Surface**
Dry

**Test Condition Weather**
Cloudy

## ADMINISTRATION

| FOLLOW-UP YES ☐ NO ☒ | COPIES TO: ☐ PAT. ☐ DET. ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☐ OTHER | |
|---|---|---|
| BY OFFICER C. Moore 118735 | DATE/TIME 07/13/2018 10:52 | APPROVED BY S. Slama 72501 | DATE APPROVED 07/13/18 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Closed |

Supp-1-Moore/118735 Entered by: Correll Moore

APDC (Rev. 06/16/06) Print Date: 08/09/2018