

Legal Grays <legalgrays@gmail.com>

## Cease and Desist
6 messages

**Caryl Septon** <csepton@celaw.com>                                       Fri, Aug 24, 2018 at 3:07 PM
To: "legalgrays@gmail.com" <legalgrays@gmail.com>

    Dear Ms. Grays:

    On behalf of Michael W. Schreiner, attached please find a Cease and Desist letter along with an enclosure, a No Trespass Directive.

    Sincerely,

    **Caryl Septon**

    *Legal Assistant*

    **Caplan & Earnest LLC**

    1800 Broadway, Suite 200 | Boulder, CO  80302

    P: 303-443-8010 | F: 303-440-3967

    csepton@celaw.com

    celaw.com | LinkedIn | Twitter |Facebook



This electronic transmission (including any attached file) contains information from the law firm of Caplan and Earnest LLC which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any review, disclosure, copying, distribution or other use of this information is prohibited.

If you have received this electronic transmission in error, please notify us immediately by telephone or by electronic mail (PostMaster@celaw.com).

2 attachments

📄 **2018.08.24 Cease and Desist Letter - Grays.pdf**
180K

📄 **2018.08.24 No Trespass Directive Letter - Grays 4827-6012-8880 v.1.pdf**
62K

---

**Legal Grays** <legalgrays@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Aug 24, 2018 at 3:26 PM
To: Caryl Septon <csepton@celaw.com>

Your letters are late and ridiculous. Per your letter, I will notify the Court that you have denied my ability to serve you, there for I do not have to. Furthermore, if APS wants to trespass me, I suggest they do it legally, this time. I have not engaged in any of the activity you suggest. Your staff is unprofessional and obviously incapable of performing their jobs, causing unnecessary conflict. It's also preculiar how I advise of your impending harassment letter, and now you send one....funny and late.

Tell your client and your staff to operate correctly, then all problems will go away. If you choose to operate in the same manner then you should expect the same results.
[Quoted text hidden]

  image001.png
26K

---

**Legal Grays** <legalgrays@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Aug 24, 2018 at 3:27 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>, mschreiner@celaw.com

Laughable    

[Quoted text hidden]

  image001.png
26K

---

**Legal Grays** <legalgrays@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Aug 24, 2018 at 3:33 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>, mschreiner@celaw.com

And now your firm will receive a defamation letter. You have been notified the statements of events that occurred on July 12, and statements from May, your clients have been confirmed liars, fraudulent liars, and now days later you, your legal selves repeat the statements and issue trespass?

Another letter for APS and one for your firm.
[Quoted text hidden]

---

**Legal Grays** <legalgrays@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Aug 24, 2018 at 3:34 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>, mschreiner@celaw.com

I'm going to APS property today. Issue me that trespass. I am going to call the police myself.
[Quoted text hidden]

---

**Legal Grays** <legalgrays@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Fri, Aug 24, 2018 at 5:17 PM
To: "Elizabeth S. Francis" <efrancis@celaw.com>, mschreiner@celaw.com

Just left APS Security Headquarters, unarrested and untrespassed, after speaking with Ms. Torres, who was unable to verify the issuance of a trespass notice in APS system, as they are not issued via email. Your letter has now been

deemed a threat only meant to harass me, inflict intentional emotional distress upon my children and myself, and defame my character. I will be sure to add this to Notice of Claim 5.

[Quoted text hidden]