J242854 - Subpoena *Duces Tecum* issued by Tiffany Grays

| Date | School | Offense | Last Name | First Name | Officer |
|---|---|---|---|---|---|
| 2/23/2017 | AURORA CENTRAL HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | MORENO | GENNIFER | SMICK, DANIEL |
| 3/2/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | KINDER | TIYQUAWSHAWN | SINGLETON, DANNO |
| 3/17/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | NUN-IBOUANGA-TOMBET | GEDEON | SINGLETON, DANNO |
| 7/9/2017 | EDNA & JOHN W. MOSLEY P-8 | TRESPASS PREMISE/STRUCTURE | BROCK | PAUL | WARNER, CHAD |
| 7/9/2017 | EDNA & JOHN W. MOSLEY P-8 | TRESPASS PREMISE/STRUCTURE | LAWSON | KYLE | WARNER, CHAD |
| 7/9/2017 | EDNA & JOHN W. MOSLEY P-8 | TRESPASS PREMISE/STRUCTURE | WORTHY | CURTIS | WARNER, CHAD |
| 7/9/2017 | EDNA & JOHN W. MOSLEY P-8 | TRESPASS PREMISE/STRUCTURE | WORTHY | SHAWN | WARNER, CHAD |
| 8/11/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | KINDER | TIYQUWASHAWN | HICKOX, DONALD |
| 8/23/2017 | AURORA CENTRAL HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | MATLOCK | MICHAEL | MADERA, DANIEL |
| 9/19/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | JAMISON | ISAAC | STRICKLIN, WILLIAM M. |
| 9/26/2017 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | CASTRO | ROSELYN | RENAUD, CAROLYN |
| 9/27/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | GUNN | ELIJAH | CONDREAY, SUSAN |
| 9/29/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | SHAVER | DAYLAN | STRICKLIN, WILLIAM M. |
| 10/3/2017 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | BRISCOE | ARMONIE | BUNCH, AARON |
| 10/4/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | TREVIZO-SALCIDO | DARIEL | STRICKLIN, WILLIAM M. |
| 10/31/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | HERNANDEZ | OMAR | DELAHANTY, KEITH |
| 11/16/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | DAVIS | AUBRIANA | HICKOX, DONALD |
| 11/28/2017 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | NELSON | BRANDON | BUNCH, AARON |
| 11/28/2017 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | HARTMAN | LILY | HICKOX, DONALD |
| 11/29/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | TREVIZO | DARIEL | STRICKLIN, WILLIAM M. |
| 11/30/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | TORRES-LOPEZ | EMMELY | STRICKLIN, WILLIAM M. |
| 12/4/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | BANKETT | SITIRA | STRICKLIN, WILLIAM M. |
| 12/11/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | TORRES-LOPEZ | EMMELY | STRICKLIN, WILLIAM M. |
| 12/13/2017 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | JAMISON | ISAAC | DELAHANTY, KEITH |
| 12/15/2017 | SOUTH MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | MORAN | OMAR | ROSEN, ROBERT |
| 1/10/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | HOLSTON-OUTLAW | SHAILEIGH | STRICKLIN, WILLIAM M. |
| 1/10/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | ALI | FATIMAH | STRICKLIN, WILLIAM M. |
| 1/17/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | KOBOBEL | ZEVIAN | STRICKLIN, WILLIAM M. |
| 1/19/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | DESANTIAGO-GUERRERO | ERICK | DELAHANTY, KEITH |
| 1/26/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | HARTMAN | LILY | HICKOX, DONALD |
| 1/29/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BROWN | ALEXYS | CONDREAY, SUSAN |
| 2/5/2018 | EAST MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | WHITEHORN | BRIAN | BUNCH, AARON |
| 2/9/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | GARCIA | TALISA | DELAHANTY, KEITH |

J242854 - Subpoena *Duces Tecum* issued by Tiffany Grays

| Date | School | Offense | Last Name | First Name | Officer |
|---|---|---|---|---|---|
| 2/14/2018 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | VAZQUEZ | ELIJAH | BUNCH, AARON |
| 2/14/2018 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | RAMIREZ | VICENTE | BUNCH, AARON |
| 2/14/2018 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | SOLANO | ANTHONY | BUNCH, AARON |
| 2/20/2018 | COLUMBIA MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | YORK | KEVEN | FOWLER, ROBERT E. |
| 2/21/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BANKS | NISHAURII | CONDREAY, SUSAN |
| 2/21/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BROWN | ALEXYS | CONDREAY, SUSAN |
| 2/21/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | MORALES | AALIYAH | DELAHANTY, KEITH |
| 2/21/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | SIMPSON | JAVONTE | DELAHANTY, KEITH |
| 3/7/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | BORUNDA | ALEJANDRA | STRICKLIN, WILLIAM M. |
| 3/11/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | ADAMS | JEREMIAH | ODNEAL, JORDAN S. |
| 3/11/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BRASIL | LUKE | ODNEAL, JORDAN S. |
| 3/13/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | ROBLES | RUBEN | LABARRIE, NIGEL M. |
| 3/13/2018 | AURORA WEST COLLEGE PREPARATORY ACADEMY | TRESPASS PREMISE/STRUCTURE | SANTIAO-MIRANDA | CYNTHIA | PEARSON, DAVID |
| 3/13/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | GARCIA | TALISA | STRICKLIN, WILLIAM M. |
| 3/13/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | COLEMAN | LEASHA | STRICKLIN, WILLIAM M. |
| 3/16/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | KISSELL | FRANCHESSCA | LABARRIE, NIGEL M. |
| 3/20/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | WILLIAMS | MELISSA | KRAUSE, JENNIFER L. |
| 3/21/2018 | NORTH MIDDLE SCHOOL HEALTH SCIENCES & TECH CAMPUS | TRESPASS PREMISE/STRUCTURE | TAYLOR | AVANA | WONG, ROBERT W. |
| 4/16/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | CRUZ-POWELL | EDWIN | STRICKLIN, WILLIAM M. |
| 4/18/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | ALCANTAR-SILVAS | ASHLEY | KRAUSE, JENNIFER L. |
| 4/23/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | QUEZADA | JORDAN | CONDREAY, SUSAN |
| 5/1/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | BROWN | MIKIYA | STRICKLIN, WILLIAM M. |
| 5/3/2018 | AURORA CENTRAL HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | BROOKS | JAHVONTAY | SMICK, DANIEL |
| 5/4/2018 | NORTH MIDDLE SCHOOL HEALTH SCIENCES & TECH CAMPUS | TRESPASS PREMISE/STRUCTURE | FREDERICK | LYNDEN | MCCANTS, JOHNATHAN |
| 5/4/2018 | NORTH MIDDLE SCHOOL HEALTH SCIENCES & TECH CAMPUS | TRESPASS PREMISE/STRUCTURE | MURILLO | DOMINIC | MCCANTS, JOHNATHAN |
| 5/8/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | GARCIA | TALISA | DELAHANTY, KEITH |
| 5/10/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BROWN | DALLAS | ZIUS, JONATHAN |
| 5/10/2018 | COLUMBIA MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BOLTON | GAVEN | MEEHAN, TIMOTHY E. |
| 5/14/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | SANDOVAL-MARTINEZ | JUAN | CONDREAY, SUSAN |
| 5/23/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | GOMES | LAUREN | STRICKLIN, WILLIAM M. |
| 7/30/2018 | LOTUS SCHOOL FOR EXCELLENCE | TRESPASS PREMISE/STRUCTURE | AGUIRRE | ABEL | OHALLORAN, BRIAN |
| 8/15/2018 | JEWELL ELEMENTARY | TRESPASS PREMISE/STRUCTURE | DAVIS | GILBERT | POOLE, PAUL L |
| 8/17/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | THOMAS | MAXWELL | STRICKLIN, WILLIAM M. |

4/24/2019

### J242854 - Subpoena *Duces Tecum* issued by Tiffany Grays

| Date | Location | Offense | Last Name | First Name | Officer |
|---|---|---|---|---|---|
| 9/9/2018 | EAST MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BOWDEN | WALTER | CAMERUCCI, ANTHONY M. |
| 9/9/2018 | EAST MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BOWDEN | BRANDON | CAMERUCCI, ANTHONY M. |
| 9/10/2018 | HINKLEY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | WELLS | DARIUS | THOMPSON, CARL A. |
| 9/11/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | LEWIS | KELTON | DELAHANTY, KEITH |
| 9/18/2018 | AURORA PUBLIC SCHOOLS EDUCATION SERVICES CENTER 1 | TRESPASS PREMISE/STRUCTURE | GRAYS | TIFFANY | HANLEY, MICHELLE T. |
| 9/25/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | ZADRON | RASSEL | HICKOX, DONALD |
| 9/28/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | CANTU | ALIYA | HARGROVE, RICARDO |
| 9/28/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | ZADRON | OMAR | CONDREAY, SUSAN |
| 10/3/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | CHHETRI | KESHAB | CONDREAY, SUSAN |
| 10/4/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | HERNANDEZ-MIRANDA | EMILY | HICKOX, DONALD |
| 10/24/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | BARNES | TY | LABARRIE, NIGEL M. |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | FEUDNER | JOSIAH | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | HOBBS | ASIA | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | JARAMILLO | JESUS | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | MARLETT | JACARI | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | LEWIS | SAMAR | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BELL | ROSIE | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | BARNES | SHANITRA | HARGROVE, RICARDO |
| 10/25/2018 | MRACHEK MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | KIRBY | CINDY | HARGROVE, RICARDO |
| 10/26/2018 | SOUTH MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | CHANDLER-HEMPHILL | MARJORIELYNN | ROMERO, SARA K. |
| 10/29/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | CHANDLER-HEMPHILL | TIMOTHY | CONDREAY, SUSAN |
| 10/29/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | OUTLAW | KHAVARI | CONDREAY, SUSAN |
| 11/7/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | APARICIO-DELGADILLO | JUAN | DELAHANTY, KEITH |
| 12/3/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | FLOREZ-MEJIA | JORGE | DELAHANTY, KEITH |
| 12/4/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | WHITCRAFT | AIDYN | LABARRIE, NIGEL M. |
| 12/5/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | BARNES | TY | MARTINEZ, DARREN |
| 12/6/2018 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | CLAYBORN | BRANDON | LABARRIE, NIGEL M. |
| 12/7/2018 | VISTA PEAK EXPLORATORY P-8 | TRESPASS PREMISE/STRUCTURE | AWOTUNSE | OLUBUNMI | WHITE, JERRY |
| 12/7/2018 | GATEWAY HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | WESTBROOK | SHANIYRA | DELAHANTY, KEITH |
| 12/10/2018 | SOUTH MIDDLE SCHOOL | TRESPASS PREMISE/STRUCTURE | NORIEGA-ARROYO | JUAN | PADILLA, KINDEL R. |
| 12/11/2018 | RANGEVIEW HIGH SCHOOL | TRESPASS PREMISE/STRUCTURE | DELAPAZ | KYRAH | HICKOX, DONALD |
| 12/17/2018 | LYN KNOLL ELEMENTARY | TRESPASS PREMISE/STRUCTURE | GUILLEN-NAVARRETE | SERGIO | LAYMAN, HEATHER L. |
| 1/9/2019 | VISTA PEAK PREPARATORY 9-12 | TRESPASS PREMISE/STRUCTURE | CLAYBORN | BRANDON | LABARRIE, NIGEL M. |