Exhibit M



**Division of Equity in Learning**
15751 E. First Ave.
Aurora, CO 80011

Phone – 303-340-0859
Fax – 303-326-1966
Web – aurorak12.org

Copy

May 17, 2018

Ms. Grays--

Please let this document serve as official notice that the record of suspension for your student, Symone Parker, dated May 3rd, 2018 has been removed from Infinite Campus. Additionally, the no-trespass order issued to you on May 9th, 2018 by the APS Security Department has been lifted.

Do not hesitate to be in touch with any questions you have regarding this communication or these actions. You can reach me via email at khshiverdecker@aps.k12.co.us or by phone at 303.710.6528.

Thank you,

Kathleen Shiverdecker
Executive Director of School Performance
Aurora Public Schools