7/30/2021                                    Gmail - Requested Records                          Exhibit N

                                                      **Legal Grays <legalgrays@gmail.com>**

---

## Requested Records
7 messages

---

**RecordRequests** <RecordRequests@auroragov.org>                Fri, Jul 30, 2021 at 11:53 AM
To: "legalgrays@gmail.com" <legalgrays@gmail.com>
Cc: RecordRequests <RecordRequests@auroragov.org>

Ms. Grays,

I am still working on looking up the list of names you left with me yesterday, 7/29/21.  So far, I have not seen any cases other than the three you received yesterday.  I am still working on the list and will give you another update before the end of the day.

Sincerely,

**Tammy Erickson**  |  Court Accounting Officer

Aurora Municipal Court

O: (303) 739-6451 | F: (303) 739-6682



Facebook  |  Twitter  |  Instagram  |  Nextdoor  |  AuroraTV.org

---

**Legal Grays** <legalgrays@gmail.com>                          Fri, Jul 30, 2021 at 12:11 PM
To: RecordRequests <RecordRequests@auroragov.org>
Cc: RecordRequests <RecordRequests@auroragov.org>

Thank you for the update. Can you please explain why it is taking so long? Can you explain how you do not see any cases? As I requested yesterday, I want the record for anyone who matches the name who had a case in 2018. Are you doing this? You also said you would be going through all 2018 cases listed. Are you doing this?

I need an explanation on each case/name requested as to why the record does not exist, when I provided other records that confirm their existence.

Can you please explain why it is taking so long to look up these records? Will the records be provided today via email as promised yesterday?

Thank you

https://mail.google.com/mail/u/0?ik=dcb7e8f3b3&view=pt&search=all&permthid=thread-f%3A1706733215516721150&simpl=msg-f%3A17067332155...   1/4

7/30/2021                                    Gmail - Requested Records

Exhibit N

*** CONFIDENTIALITY NOTICE ***

The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at legalgrays@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

[Quoted text hidden]

---

**RecordRequests** <RecordRequests@auroragov.org>                    Fri, Jul 30, 2021 at 3:14 PM
To: Legal Grays <legalgrays@gmail.com>
Cc: RecordRequests <RecordRequests@auroragov.org>

Ms. Grays,

I have completed the name search of the first page and only found records for the three that you received yesterday. Yes, I am working on all of the 2018 cases listed per your request and searching for individual cases in 2018. As I said yesterday, if there are juvenile records, by law, I cannot provide any information including if a case exists. The same is true if a case has been sealed/expunged.

Looking up by name and verifying date of violation is a time consuming process. I didn't realize the number We service hundreds of people a day and this is not the only task that I am able to work on.

To clarify, I said I would work on this and hopefully get you additional information if available. If there are additional cases, I will be able to provide the documents via email. I am being diligent without being neglectful to my other obligations in trying to fulfill your request in a timely manner.

Thank you in advance for your patience and understanding.

[Quoted text hidden]

---

**Legal Grays** <legalgrays@gmail.com>                               Fri, Jul 30, 2021 at 3:45 PM
To: RecordRequests <RecordRequests@auroragov.org>
Cc: RecordRequests <RecordRequests@auroragov.org>

Thank you for the update, but there are others who can work on this request. You are now saying you didn't realize the number when I advised you yesterday that there were 72 records, as advised in the original email sent to the records department. It's a mystery how Evelyn stated she found records yesterday, within minutes, but you've taken all day and have found none.

You said you would get this done today. I advised all of you I needed this today. If you are servicing hundreds of people a day, then you should be able to search for 70 records within an hour or two.

Your time is not my time and therefore if I do not have the records today, this request will be untimely. There is nothing that states citizens have a request limit, or your ability to arbitrarily determine what timely is; another abuse of power. If these statements are provided to the public, please advise where.

*** CONFIDENTIALITY NOTICE ***

The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at legalgrays@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

[Quoted text hidden]

7/30/2021                                    Gmail - Requested Records

**Exhibit N**

**RecordRequests** <RecordRequests@auroragov.org>                    Fri, Jul 30, 2021 at 6:02 PM
To: Legal Grays <legalgrays@gmail.com>
Cc: RecordRequests <RecordRequests@auroragov.org>

Ms. Grays,

In completing the review of the lists you provided, copies of 8 additional cases will be emailed (will be sent in separate emails).  The total due is $165.00, 11 records at $15.00 each (3 received on 7/29/21 and 8 emailed on 7/30/21).  Your receipt and change can be collected during business hours.  If the change is not collected by August 4th it will be processed through our accounts payable system and a check will be mailed to you.

Sincerely,

**Tammy Erickson**  |  Court Accounting Officer

Aurora Municipal Court

O: (303) 739-6451 | F: (303) 739-6682



Facebook | Twitter | Instagram | Nextdoor | AuroraTV.org

[Quoted text hidden]

---

**Legal Grays** <legalgrays@gmail.com>                              Fri, Jul 30, 2021 at 6:29 PM
To: RecordRequests <RecordRequests@auroragov.org>

Thank you for sending these however I do not need my own records and this should not have been processed. Please refund this amount.

A check can be mailed on August 4th to PO Box 472322 Aurora, CO 80047.

Thank you
[Quoted text hidden]

---

**6 attachments**



**image005.jpg**
2K



**image007.jpg**
3K

**image004.jpg**
3K

7/30/2021                                   Gmail - Requested Records

Exhibit N





**image006.jpg**
3K



**image002.jpg**
2K



**image005.jpg**
2K

---

**Legal Grays** <legalgrays@gmail.com>                                    Fri, Jul 30, 2021 at 9:12 PM
To: RecordRequests <RecordRequests@auroragov.org>

In sum there are three records that need to be refunded for a total of $45; J241178,J243551, and J242854. Please add this to the refund check and confirm how much I was charged.

Thank you

### *** CONFIDENTIALITY NOTICE ***

The information contained in this e-mail is CONFIDENTIAL, and may be exempt from disclosure under applicable law. It is intended only for the use of the addressee.  This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. If you have received this communication in error, please immediately notify Tiffany Grays at legalgrays@gmail.com and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

[Quoted text hidden]

7/30/2021                                              Gmail - Automatic reply: Civil Rights Research

Exhibit N

 Gmail                                          **Tiffany Grays <tgrays2001@gmail.com>**

---

## Automatic reply: Civil Rights Research
14 messages

---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>          Thu, Jul 22, 2021 at 1:38 PM
To: Tiffany Grays <tgrays2001@gmail.com>

Hello and thank you for your email.  A member of the Aurora Police Department's Records Section Team will review your message and respond and/or follow up with questions or needed clarification as soon as possible.  Requests are processed in the order they are received.  You will be contacted if payment is required, or more information is needed.  Please do not submit your request multiple times. Report release of any kind is handled M-F from 8am to 5pm and is taking approx. 8 weeks.  If you do not hear from us in 8 weeks, please reach out to 303-739-6320 ext. #2 between the hours of 8am and 5pm M-F excluding holidays.

Basic Traffic Accident reports occurring prior to April 30, 2021 can be requested online at Reportbeam.com.  If you have submitted a request for information but did not use the request form provided on our website, please ensure a pecuniary gain statement was included.   Example: I affirm that the requested information will not be used for solicitation of business for monetary or pecuniary gain and acknowledge such violation is a misdemeanor and is punishable by fine and/or imprisonment per C.R.S. 24-72-305.5 & 24-72-309. Additionally, mug shots will not be placed in a publication or posted to a web site requiring payment for pecuniary gain to remove or delete the mug shot.

---

**Tiffany Grays** <tgrays2001@gmail.com>                                Thu, Jul 29, 2021 at 12:41 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Hello,

I spoke with Nancy who said she would help me get the summons number for the cases in the image attached.  Thank you for your assistance.

[Quoted text hidden]

    **20210729_123929.jpg**
2627K

---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>          Thu, Jul 29, 2021 at 1:05 PM
To: Tiffany Grays <tgrays2001@gmail.com>

Ms. Grays,

7/30/2021                    Gmail - Automatic reply: Civil Rights Research                    Exhibit N

I will take a look at your list and see if I can find the case numbers you are looking for.  Please be patient it may take a bit to do so.

Nancy Winchell

Records Management Unit Supervisor

Police Department **|** City of Aurora

*office* 303.739.6320



*This message and any attachments may be criminal justice records of the Aurora Police Department and disclosure is restricted and limited by law.  Improper disclosure, copying, distribution or misuse of the information contained in or attached to this message is strictly prohibited.*

*If you are not the intended recipient of this information, notify the sender of the delivery error immediately by replying to this message and then delete it from your system.*

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                    Thu, Jul 29, 2021 at 1:09 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you. I am waiting at the courthouse, so I'll be on the lookout for it.  Also, I would like to know how Katie knew who I was without me identifying myself. I don't think this is normal and would like to understand.  Thank you.

[Quoted text hidden]

**4 attachments**


**image001.png**
8K


**image002.png**
11K


**image002.png**
11K


**image001.png**
8K

---

**Tiffany Grays** <tgrays2001@gmail.com>                    Thu, Jul 29, 2021 at 3:14 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Hello,

Is there a way you can send me what you have so the court can start pulling the records? I know they close at 5 and this will take some time. Thank you

7/30/2021                                    Gmail - Automatic reply: Civil Rights Research

Exhibit N

[Quoted text hidden]

---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>          Thu, Jul 29, 2021 at 3:19 PM
To: "tgrays2001@gmail.com" <tgrays2001@gmail.com>
Cc: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you for your patience, while I was working on this list and my other duties.

The case numbers at the top of the list are incorrect, therefore I have listed everything below.  Most of what you are requesting does not exist or is a juvenile record that cannot be provided by State Statute which I have provided below.  In addition, please know that our records are Criminal Justice Records and not Public Records, and we release them as such in accordance with state law.

01/10/18 –Holston-Outlaw, Shaileigh - Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

01/10/18 – Ali, Fatimah  Unable to provide - C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

01/17/18 – Kobel, Zevian -  no record found

01/26/18 – Hartman, Lily – no record found

01/29/18 – Brown, Alexys - no record found

02/09/18 – Garcia, Talisa -  no record found

02/20/18 – York, Keven - Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

02/21/18 – Banks, Nishaurii - Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

02/21/18 – Simpson, Javonte – no record found

03/11/18 – Adams, Jeremiah -  no record found

03/11/18 – Brasil, Luke – no record found

03/13/18 – Coleman, Leasha – no record found

03/16/18 – Kissell, Franchessca - no record found

03/20/18 – Williams, Melissa -  no record found – name too common

03/21/18 – Taylor, Avana – no record found

05/01/18 – Brown, Mikiya - Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

05/03/18 – Brooks, Jahvontay - Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

05/04/18 – Frederick, Lynden -  Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

05/10/18 – Brown, Dallas – 18-19242

08/15/18 – Davis, Gilbert - 18-32357

08/17/18 – Thomas, Maxwell – no record found

09/10/18 – Well, Darius – no record found

09/11/18 – Lewis, Kelton T - 18-36542

09/28/18 – Cantu, Aliya – no record found

10/25/18 – Hobbs, Asia -  no record found

10/25/18 – Barnes, Shanitra – no record found

10/26/18 – Chandler-Hemphill, Marjorielynn – no record found

10/29/18 – Outlaw, Khavari- Unable to provide – C.R.S. 19-1-304(2)(a) Juvenile Offender records shall not be inspected by or disclosed to the public.

12/07/18 – Awontunse, Olubunmi – no record found

12/07/18 – Westrbrook, Shaniyra -  no record found


Respectfully,



Nancy Winchell

Records Management Unit Supervisor

Police Department **|** City of Aurora

*office* 303.739.6320



*This message and any attachments may be criminal justice records of the Aurora Police Department and disclosure is restricted and limited by law.  Improper disclosure, copying, distribution or misuse of the information contained in or attached to this message is strictly prohibited.*


*If you are not the intended recipient of this information, notify the sender of the delivery error immediately by replying to this message and then delete it from your system.*




**From:** Tiffany Grays <tgrays2001@gmail.com>
**Sent:** Thursday, July 29, 2021 12:42 PM
**To:** APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>
**Subject:** Re: Automatic reply: Civil Rights Research


Hello,

[Quoted text hidden]
[Quoted text hidden]

**20210729_123929.jpg**
2627K

7/30/2021                                          Gmail - Automatic reply: Civil Rights Research                                    Exhibit N



---

**Tiffany Grays** <tgrays2001@gmail.com>                                                Thu, Jul 29, 2021 at 3:27 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you.

Police records are public records. The list of names, dates, and address were received from previous record requests
through APD, thus you stating there is no data does not align with previous records. Can you please explain how this
could be possible?

Also, I asked if you could find out how Katie determined my identity when I did not disclose it to her?

Can you also provide a document or policy which prohibits disclosure of case numbers and summons numbers to the
public on the phone?

Thank you,
[Quoted text hidden]

---

**2 attachments**

 **image001.png**
8K

 **image002.png**
11K

---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>                     Thu, Jul 29, 2021 at 3:30 PM
To: Tiffany Grays <tgrays2001@gmail.com>

The court had called over to let us know you were coming with request forms and Katie assumed it was you.  She apologizes for any
misunderstanding.

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                                                Thu, Jul 29, 2021 at 3:33 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you. Can you please address my other questions?
[Quoted text hidden]

---

**4 attachments**

 **image001.png**
8K

7/30/2021                                Gmail - Automatic reply: Civil Rights Research

Exhibit N

 **image002.png**
11K

 **image001.png**
8K

 **image002.png**
11K

---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>          Thu, Jul 29, 2021 at 3:49 PM
To: Tiffany Grays <tgrays2001@gmail.com>

You are welcome.

I have answered your question on Katie.

The records that we have no record are covered under statute C.R.S. 13-10-115.5.   The other juvenile records are covered by state statute.  The Municipal Court pulled their permission for us to provide this information to the public, so from when you may have gotten the records until today's date, the permissions have changed and now mirror state law.

In accordance with C.R.S. 24-72-304(1) – the custodian of any such records may make such rules that are reasonably necessary for the protection of such records and the prevention of unnecessary interference with the regular discharge of the duties of the custodian or his office.  While one or two case numbers are reasonable for us to provide, it is unreasonable to expect our limited staff to spend an hour on the phone providing an extensive amount of case numbers.

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                                    Thu, Jul 29, 2021 at 4:05 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you, but the response does not answer my question. I asked if you could "also provide a document or policy which prohibits disclosure of case numbers and summons numbers to the public on the phone?" Where are these rules posted and disclosed to the public? I have seen nothing regarding such rules. Please provide. Otherwise you and your staff are making records policies on the fly, to the angst of the public.

Further, only in response to my questions,  now you are quoting another Statute to deny access to these records, under speculation.   Why didn't you provide this information?

[Quoted text hidden]

---

**4 attachments**

 **image001.png**
8K

 **image002.png**
11K

 **image002.png**
11K

**image001.png**
8K

7/30/2021                                          Gmail - Automatic reply: Civil Rights Research                                       Exhibit N



---

**APDPublicRecordsRequest** <APDPublicRecordsRequest@auroragov.org>                    Thu, Jul 29, 2021 at 6:32 PM
To: Tiffany Grays <tgrays2001@gmail.com>

Ms. Grays,


Attached you will find Directive 8.22, that you requested.  I have tried to assist you with your request and have provided the applicable statutes as required.  I am sorry I did not place the statute on each of the no record response, it was an error on my part.  Should you need a copy of the releasable reports, please provide the filled out and signed request form and we will process your request in the order we receive it.


Thank you.


Nancy

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]


> [Quoted text hidden]

>> [Quoted text hidden]

>> *This message and any attachments may be criminal justice records of the Aurora Police Department and disclosure is restricted and limited by law.  Improper disclosure, copying, distribution or misuse of the information contained in or attached to this message is strictly prohibited.*

> [Quoted text hidden]

---

 **Directive 8.22.6.pdf**
335K

---

**Tiffany Grays** <tgrays2001@gmail.com>                                              Thu, Jul 29, 2021 at 8:08 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Thank you for this information and I appreciate your attempts to assist me in this matter. However the document you provided - which is an internal policy document not available to the public without prolonged unnecessary discourse - still fails to state at any point a summons or case number cannot be provided via phone. This is the policy I am asking for. Where does any document or policy state that the records department is prohibited from providing case or summons numbers via phone? Where does any policy state the person on duty at the window at police headquarters - the only person the public is able to see and interact with other than police who are called to scenes, as the record windows now have their shades drawn 24x7 -  cannot provide summons or case number?

Please provide the policies and cite which part of said policy you believe authorizes these denials.

Thank you

Gmail - Automatic reply: Civil Rights Research

Exhibit N

[Quoted text hidden]

---

**Tiffany Grays** <tgrays2001@gmail.com>                                    Fri, Jul 30, 2021 at 12:13 PM
To: APDPublicRecordsRequest <APDPublicRecordsRequest@auroragov.org>

Hello,

Are you going to address my questions and provide documentation that supports your denials?

[Quoted text hidden]

Exhibit N

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # J 235609

CASE # 18 - 19073

VS                    Arrest Number:          CONNECTING CASE

| DEFENDANT | Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| | Sandoval, | Juan, | Antonio | 18036 E. Utah Pl | | Aurora | | 80017 |

Drivers Lic. #

| PRESENTED | Date of Birth | State | CDL | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| YES ☐ NO ☒ | | | | wh | m | 5'8" | 256 | Br | Br |

Home Phone

Cell Phone          Employer Address & Phone    Little Ceasars  Iliff/Buckley

Veh. Lic. & Type    State    Vehicle Make    Model    Style    Year    Color    Com. Veh.    Haz. Mat.

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,
AURORA, COLORADO 80012 ON June 13, 2018 AT 8:00 (AM) PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE
OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF 17599 E. Iliff Ave. IN THE CITY OF
AURORA, STATE OF COLORADO WHICH OCCURRED ON May 14, 2018 AT THE APPROXIMATE TIME OF 2:15 AM (PM)

☐ DOMESTIC VIOLENCE          JUVENILE, ONE PARENT MUST APPEAR          ☒ RELEASED ON SUMMONS
                                                                        ☐ IN CUSTODY

| ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-341 | JUVENILE CURFEW | 6300 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | | TRESPASS | 94-71 |
| | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 |
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-386 | VIOLATION OF COURT ORDER | 5005 | X | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-81 | DEFACING PROPERTY | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-36 | ASSAULT | 1313 | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | | HARASSMENT | 94-42 |
| | 94-37 | BATTERY | 1399 | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-42 (2) | OBSCENE LANGUAGE / GESTURE | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-79 | CRIMINAL TAMPERING | | | 94-42 (4) | TELEPHONE THREATS / OBSCENITIES | 5309 |
| | 94-41 | MENACING | | | 94-313 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | IFC 3301-1.3 | FIREWORKS PROHIBITED | 5211 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-74 (a) | THEFT | | | | DISORDERLY CONDUCT | 94-110 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (1) | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | 94-110 (2) | FIGHTING | 5311 | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | | PROSTITUTION | 94-216 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (5) | FAILURE TO OBEY ORDER | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | TRESPASS | 94-71 | | 94-216 (c) (1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | 94-216 (c) (2) | FURTHERING | 4004 |

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

RIGHT INDEX FINGER

A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY:

AURORA POLICE OFFICER _Coudray_ ID NO. 26763 DATE 5-14-18

**COURT COPY**

APD 084 (Revised 01.17.2017)

Exhibit N

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # **J 2 4 1 1 7 8**

CASE # 18 - 19242

osh VS    Arrest Number: _____   CONNECTING CASE ___ CO 80013

| DEFENDANT Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BROWN | DALLAS | N | 17359 E WARREN PL #D105 | | AUR | | |

| Drivers Lic.# | PRESENTED YES ☐ NO ☐ | Date of Birth | State CO | CDL | Race B | Sex F | Height 5-7 | Weight 150 | Hair BRN | Eyes BRN |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|

| | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON ___6/29/18___ AT ___0835___ AM / PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __1955 S. TELLURIDE ST__ IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON __MAY 10, 2018__ AT THE APPROXIMATE TIME OF __7:45__ AM / PM

MONTH   DAY   YEAR

☐ DOMESTIC VIOLENCE          ☐ JUVENILE, ONE PARENT MUST APPEAR          ☐ RELEASED ON SUMMONS
☐ IN CUSTODY

| ✓ | SEC. NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | X | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | **POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE** | **94-313** |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

FEB 5 2019

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _____   ID NO. _19079_   DATE _6/29/18_ |

**COURT COPY**

APD 084 (Revised 03.26.2018)

Exhibit N

# CITY OF AURORA SUMMONS AND COMPLAINT

SUMMONS # **J** 241703

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

CASE # 18- 30022

mnm

VS        Arrest Number: 18- 8595   CONNECTING CASE _____

| DEFENDANT Last | First | Middle | ADDRESS | City | State | Zip |
|---|---|---|---|---|---|---|
| Aguirre, Abel | S | 544 N Potomic St #B | Aurora, Co | | 80012 |

| Drivers JS.# | PRESENTED YES ☐ NO ☑ | Date of Birth | State Co | CDL - | Race W | Sex M | Height 5'6 | Weight 163 | Hair Bro | Eyes Br(o) |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON ___8/29/18___ AT ___0800___ AM/ PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __11001 E Alameda Ave__ IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON __7__ __30__ __18__ AT THE APPROXIMATE TIME OF __1610__ AM/PM
                                                                MONTH  DAY  YEAR

☐ **DOMESTIC VIOLENCE**       ☐ JUVENILE, ONE PARENT MUST APPEAR       ☐ RELEASED ON SUMMONS   ☑ IN CUSTODY

| ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | **HARASSMENT** | **94-42** |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | **POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE** | **94-313** |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _O'Halloran_   ID NO. _309748_   DATE _7/30/18_ |

15 of 21

**CITY ATTORNEY'S COPY**       APD 084 (Revised 03.26.2018)

Exhibit N

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

VS

SUMMONS # **J** 243551

CASE # 2018-32357

CONNECTING CASE 2018-32288

Arrest Number:

| DEFENDANT | Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| | DAVIS | GILBERT | DEWAYNE | 15593 E. WYOMING DR # H | | AURORA, CO | | 80017 |

| Drivers Lic# | PRESENTED YES ☐ NO ☐ | Date of Birth | State CO | CDL | Race B | Sex M | Height 6'3" | Weight 300 | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,
AURORA, COLORADO 80012 ON **OCT 17, 2018** AT **8:00** AM / PM
TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE
OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF **14601 E. JEWELL AVE** IN THE CITY OF
AURORA, STATE OF COLORADO WHICH OCCURRED ON **08 15 2018** AT THE APPROXIMATE TIME OF **2:15** AM / PM

MONTH   DAY   YEAR

☐ DOMESTIC VIOLENCE          ☐ JUVENILE, ONE PARENT MUST APPEAR          ☒ RELEASED ON SUMMONS
☐ IN CUSTODY

| ✔ | SEC. NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-92 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | 94-110 | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | 94-216 |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | 94-71 | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____ NOV - 4 2020

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _____ ID NO. _____ DATE 09-14-18 |

**COURT COPY**

APD 084 (Revised 03.26.2018)

**CITY OF AURORA SUMMONS AND COMPLAINT**

SUMMONS # J244561

Exhibit N

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

CASE # 2018-49974

VS   Arrest Number: 18-1385  mnm   CONNECTING CASE _____

| DEFENDANT | Last Navarrete First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Guillen-Navarrete, Sergio | | | 1030 Walda St | | Aurora | CO | 80011 |

| Drivers Lic. # ███ | PRESENTED YES ☒ NO ☐ | Date of Birth 10/19/1981 | State CO | CDL No | Race W | Sex M | Height 5'7" | Weight 250 | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone ███ | Employer Address & Phone |
|---|---|---|

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON __01/16/2019__ AT __8:00__ ☒AM/ PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __12445 E 2nd Ave__ IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON __12 / 17 / 2018__ AT THE APPROXIMATE TIME OF __2:49__ AM/☒PM
                                                                    MONTH   DAY   YEAR

☐ DOMESTIC VIOLENCE        ☐ JUVENILE, ONE PARENT MUST APPEAR        ☐ RELEASED ON SUMMONS   ☒ IN CUSTODY

| ✓ | SEC. NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | X | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

JAN 18 2019

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____        AUG 14 2019

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER H. Layman    ID NO. 313130    DATE 12/17/2018 |

**COURT COPY**

APD 084 (Revised 03.26.2018)

Exhibit N

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # J 244706

CASE # 2018-48D83

VS

CONNECTING CASE _____

Arrest Number: _____

| DEFENDANT Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BARNES, TY | | D. | 23109 2 E ALABAMA DR, AURORA, CO 80018 | | | | |

| Drivers Lic.# | PRESENTED YES ☐ NO ☐ | Date of Birth | State CO | CDL N | Race B | Sex M | Height 601 | Weight 175 | Hair BRK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|
| | | STUDENT - VISTA PEAK PREP AURORA CO 80018 2500 56TH AVE |

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON __TUES, 1/8/19__ AT __8:00__ ☐ AM ☐ PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __2500 E 56TH AVE__ IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON __12 / 05 / 18__ AT THE APPROXIMATE TIME OF __8:20__ ☐ AM ☐ PM
MONTH   DAY   YEAR

☐ DOMESTIC VIOLENCE          ☐ JUVENILE, ONE PARENT MUST APPEAR          ☐ RELEASED ON SUMMONS
                                                                          ☐ IN CUSTODY

| ✔ | SEC NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | ✕ | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS / OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (2) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW, ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _____ ID NO. 310734 DATE 12/05/18 |

**COURT COPY**

APD 084 (Revised 03.26.2018)

Exhibit N

## ...RA SUMMONS AND COMPLAINT

...AND FOR THE CITY OF AURORA,
...THE CITY OF AURORA BY AND
...OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # **J 246684**

VS

CASE # **18-44559**

Arrest Number:

CONNECTING CASE _____

| ...NT Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|
| APARICIO-DELGADILLO | JUAN | | 14053 E. COLORADO DR #C | AURORA, CO 80012 | | | |

| Drivers Lic.# | PRESENTED YES ☒ NO ☐ | Date of Birth 10:17.00 | State | CDL | Race A.JH | Sex M | Height 5'11 | Weight 170 | Hair BLK | Eyes BRO |

| Home Phone | Cell Phone | Employer Address & Phone STUDENT - GATEWAY HS - 1300 S. SABLE BLVD |

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON **NOV 22ND**, DIV **VII** AT **8:00** AM / PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF __1300 S. SABLE BLVD__ IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON __11.07.18__ AT THE APPROXIMATE TIME OF __3:05__ AM / PM

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀MONTH   DAY   YEAR

☐ DOMESTIC VIOLENCE     ☐ JUVENILE, ONE PARENT MUST APPEAR     ☐ RELEASED ON SUMMONS  ☐ IN CUSTODY

| ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | X | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-74 (a) | THEFT | 521 | | 6634 | FIREWORKS PROHIBITED | | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | DISORDERLY CONDUCT | 94-110 | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | PROSTITUTION | 94-216 |
| | 94-144 | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | TRESPASS | 94-71 | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

SEP - 5 2018

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _Delahanty_ ID NO. 225245 DATE 11·08·18 |

**COURT COPY**

APD 084 (Revised 03.26.2018)

**Exhibit N**

# CITY OF AURORA SUMMONS AND COMPLAINT

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

SUMMONS # **J 246679**

CASE # **18-36542**

CONNECTING CASE _____

VS        Arrest Number: _____

| DEFENDANT | Last | First | Middle | ADDRESS | City | State | Zip |
|---|---|---|---|---|---|---|---|
| | LEWIS, | KELTON | TY | #836 14802 E. KENTUCKY DR Awr, Co 80012 | | | |

| Drivers Lic.# | PRESENTED YES ☒ NO ☐ | Date of Birth | State | CDL | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1C | | 07·06·00 | | | B | M | 5'8 | 140 | BLK | BRO |

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|
| | 303·378·9910 | STUDENT GATEWAY HS 1300 S.SABLE BLVD |

| Veh. Lic. & Type | State | Vehicle Make | Model | Style | Year | Color | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY,

AURORA, COLORADO 80012 ON **DIV VII**      **09·27·18**      AT **8:00**  AM☒ PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE

OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF **1300 S. SABLE BLVD** IN THE CITY OF

AURORA, STATE OF COLORADO WHICH OCCURRED ON **09·11·18** AT THE APPROXIMATE TIME OF **2:40** AM/ PM☒

          MONTH    DAY    YEAR

☐ DOMESTIC VIOLENCE    ☒ JUVENILE, ONE PARENT MUST APPEAR

☒ RELEASED ON SUMMONS
☐ IN CUSTODY

| ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO | ✓ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3560 | X | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | **HARASSMENT** | **94-42** |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | **POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE** | **94-313** |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | **DISORDERLY CONDUCT** | **94-110** | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | **PROSTITUTION** | **94-216** |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | **TRESPASS** | **94-71** | | 94-216 (c) (2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|
| | AURORA POLICE OFFICER _DELAHANTY, KS_ ID NO. 22545 DATE 09·13·18 |

**COURT COPY**

20 of 21

APD 084 (Revised 03.26.2018)

# CITY OF AURORA SUMMONS AND COMPLAINT

**Exhibit N**

SUMMONS # J 242554

MUNICIPAL COURT IN AND FOR THE CITY OF AURORA,
STATE OF COLORADO, THE CITY OF AURORA BY AND
ON BEHALF OF THE PEOPLE OF THE STATE OF COLORADO

CASE # 18-45649

DOR VS _____ Arrest Number: _____   CONNECTING CASE _____

| DEFENDANT | Last | First | Middle | ADDRESS | | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| | GRAYS | TIFFANY | | 15651 E CASPIAN CIR #306 | | AURORA | CO | 80013 |

| Drivers Lic. # | PRESENTED YES ☐ NO ☐ | Date of Birth | State CO | CDL | Race B | Sex F | Height 5'10 | Weight 215 | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|---|

| Home Phone | Cell Phone | Employer Address & Phone |
|---|---|---|

| Veh. Lic. & Type | State CO | Vehicle Make DODGE | Model DURANGO | Style SUV | Year 2008 | Color SIL | Com. Veh. | Haz. Mat. |
|---|---|---|---|---|---|---|---|---|

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THE MUNICIPAL COURT AT THE ADDRESS OF 14999 E. ALAMEDA PARKWAY, AURORA, COLORADO 80012 ON **03/22/19** AT **8:00** ☐ AM ☐ PM

TO ANSWER TO THE CHARGE(S) OF VIOLATING THE FOLLOWING SECTION(S) OF THE CITY CODE OF THE CITY OF AURORA, STATE OF COLORADO, AS AMENDED, AT THE APPROXIMATE LOCATION OF **15701 E 1ST AVE #106** IN THE CITY OF AURORA, STATE OF COLORADO WHICH OCCURRED ON **09** **18** **18** AT THE APPROXIMATE TIME OF **10:00** ☐ AM ☐ PM

☐ DOMESTIC VIOLENCE       ☐ JUVENILE, ONE PARENT MUST APPEAR

☐ RELEASED ON SUMMONS
☐ IN CUSTODY

| ✔ | SEC NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO | ✔ | SEC NO. | RELATING TO | DISPO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 94-378 | OBSTRUCTING / INTERFERENCE | 4899 | | 94-218 (b) | POSSESSION OF CANNABIS TWO OUNCES OR LESS | 3562 | | 94-71 (4) | SCHOOL PROPERTY / FAILURE TO OBEY INSTRUCTION | 5707 |
| | 94-381 | FALSE STATEMENT TO CITY PERSONNEL | 4899 | | 94-341 | JUVENILE CURFEW | 6300 | X | 94-71 (6) | TRESPASS / UNPRIVILEGED ENTRY / REMAIN | 5707 |
| | 94-383 | RESISTING ARREST | 4801 | | 94-6 | ACCESSORY TO ORDINANCE VIOLATION | | | 94-71 (7) | POSTED SCHOOL GROUNDS | 5707 |
| | 94-36 | ASSAULT | 1313 | | 98-56 | VIOLATION OF PARK CURFEW | 5707 | | 94-71 (8) | AFTER WRITTEN NOTICE GIVEN | 5707 |
| | 94-37 | BATTERY | 1399 | | 94-109 | SOUND AMPLIFYING EQUIPMENT | 5312 | | | HARASSMENT | 94-42 |
| | 94-38 | RECKLESS ENDANGERMENT | 7099 | | 94-7 | SELLING OF MERCHANDISE | 6102 | | 94-42 (1) | HARMFUL, PAINFUL / OFFENSIVE CONTACT | 5311 |
| | 94-39 | FALSE IMPRISONMENT | 1099 | | 94-81 | DEFACING PROPERTY | | | 94-42 (3) | FOLLOWING IN PUBLIC | 5311 |
| | 94-41 | MENACING | | | 94-107 | DISTURBING THE PEACE | 5312 | | 94-42 (4) | THREATS /OBSCENITIES | 5309 |
| | 94-73 | INJURY TO PROPERTY | | | 94-72 | LOITERING - SCHOOL GROUNDS | 6399 | | 94-42 (5) | TELEPHONE / NO LEGITIMATE PURPOSE | 5309 |
| | 94-79 | CRIMINAL TAMPERING | | | 94-112 | LOITERING - DRUG RELATED ACTIVITY | 6399 | | 94-42 (7) | INSULTS / TAUNTS / CHALLENGES | 5311 |
| | 94-386 | VIOLATION OF COURT ORDER | 5005 | | 94-312 | UNLAWFUL SALE OF ALCOHOL BEVERAGE | 4102 | | | POSSESSION / CONSUMPTION OF ALCOHOLIC BEVERAGE | 94-313 |
| | 94-74 (a) | THEFT | | | 6634 | FIREWORKS PROHIBITED | 521 | | 94-313 (a) | PUBLIC PLACE UNDER 21 | 4104 |
| | 94-74 (d) | THEFT / DEFRAUD ESTABLISHMENT | 2607 | | | DISORDERLY CONDUCT | 94-110 | | 94-313 (b) | PUBLIC PLACE OPEN CONTAINER | 4104 |
| | 94-75 | MOTOR VEHICLE THEFT | 2404 | | 94-110 | ABUSIVE LANGUAGE / THREATS CREATING DANGER OF VIOLENCE | 5311 | | 94-313 (c) | GLASS CONTAINER / PARK / RECREATION AREA | 4104 |
| | 94-83 | MOTOR VEHICLE TRESPASS | 5707 | | 94-110 (2) | FIGHTING | 5311 | | | PROSTITUTION | 94-216 |
| | 94-144 (a) | CARRYING A CONCEALED WEAPON | 5202 | | 94-110 (3) | DISPLAY DEADLY WEAPON | 5311 | | 94-216 (b) | OFFERS / AGREES TO PERFORM SEX FOR THINGS OF VALUE | 4004 |
| | 94-144 (c) | UNLAWFUL DISPLAY OF WEAPON | 5299 | | 94-110 (4) | ALTER / BEFOUL PROPERTY | 5311 | | 94-216 (c)(1) | PURCHASES / OFFERS TO PURCHASE SEX | 4004 |
| | 94-145 (a) | POSSESSION OF ILLEGAL WEAPON | 5212 | | | TRESPASS | 94-71 | | 94-216 (c)(2) | FURTHERING | 4004 |
| | 94-146 (a) | DISCHARGING OF WEAPON IN THE CITY | 5213 | | 94-71 (1) | TRESPASS SIGN POSTED | 5707 | | | | |
| | 94-150 | POSSESSION FIREARM UNDER INFLUENCE / INTOXICATED | 5212 | | 94-71 (2) | REFUSAL TO LEAVE WHEN ORDERED | 5707 | | | | |

BS - 5-20-19

OCT 3 1 2019

1. SEC. NO. _____ RELATING TO: _____

2. SEC. NO. _____ RELATING TO: _____

| RIGHT INDEX FINGER | A TRUE COPY OF THIS SUMMONS AND COMPLAINT WAS DULY SERVED ON THE ABOVE NAMED DEFENDANT AS PROVIDED BY LAW; ISSUED AND SERVED BY: |
|---|---|

AURORA POLICE OFFICER _Rolul Behringer_ M-8   ID NO. 6301722   DATE 03/22/19

**COURT COPY**

APD 084 (Revised 03.26.2018)